IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC., AND TRANSCONTINENTAL INSURANCE COMPANY AS SUBROGEE OF BADALAMENT, INC. : : : : : : | C. A. No. 05-035 |
| Plaintiffs, : : | |
| v. : : | JURY TRIAL DEMANDED |
| DAYSTAR SILLS, INC., ECLIPSE ERECTORS AND NUCOR BUILDING SYSTEMS : : : : | |
| Defendants. : | |

## STIPULATION TO EXTEND TIME TO FILE AN ANSWER

The above parties agree to extend the time to file an Answer on behalf of Defendant, Nucor Building Systems. The extension is effective for an additional thirty (30) days from today's date to file an Answer.

**BIFFERATO, GENTILOTTI & BIDEN, P.A.**

_/s/_
GEORGE T. LEES, III (DE BAR # 3647)
DAVID A. DENHAM (DE BAR #4240)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
Attorneys for Defendant,
Nucor Building Systems

**COZEN O'CONNOR**

_/s/_   3/3/05
SEAN BELLEW, ESQUIRE (DE BAR #4072)
Cozen O'Connor
Chase Manhattan Centre
1201 North Market St., Ste. 1400
Wilmington, DE 19801

SO, it is Ordered this _____ day of _____, 2005

_____
JUDGE