UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC. | : C.A. No. 05-035 |
| and | : |
| TRANSCONTINENTAL INSURANCE COMPANY, as Subrogee of BADALAMENT, INC., | : |
| Plaintiffs, | : |
| v. | : JURY TRIAL OF TWELVE DEMANDED |
| NUCOR BUILDING SYSTEMS, | : |
| and | : |
| DAYSTAR SILLS, INC., | : |
| and | : |
| ECLIPSE ERECTORS, | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Defendant, Daystar Sills, Inc., in the above-captioned matter. The defendant, Daystar Sills, Inc., reserves the right to answer, move or otherwise plead, including the right to aver lack of jurisdiction and/or improper service of process.

/s/ ROBERT C. MCDONALD
ROBERT C. MCDONALD
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE  19805
(302) 888-2900
  Attorney for Defendant
Daystar Sills, Inc.
Bar I. D. No. 2340
bob@silverman-mcdonald.psemail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC. | : |
| | :    C.A. No. 05-035 |
| and | : |
| | : |
| TRANSCONTINENTAL INSURANCE COMPANY, as Subrogee of BADALAMENT, INC., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | :    JURY TRIAL OF |
| NUCOR BUILDING SYSTEMS, | :    TWELVE DEMANDED |
| | : |
| and | : |
| | : |
| DAYSTAR SILLS, INC., | : |
| | : |
| and | : |
| | : |
| ECLIPSE ERECTORS, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

    I, Robert C. McDonald, Esquire, do hereby certify that two copies of the Entry of Appearance were served via E-filing, on April 1, 2005, to:

        Sean J. Bellew, Esquire
        Cozen & O'Connor
        Chase Manhattan Centre
        1201 N. Market Street, Suite 1400
        Wilmington, DE 19801

        R. Stokes, Esquire
        Nolte & Associates
        1010 North Bancroft Parkway, Suite 21
        Wilmington, DE 19805

George T. Lees, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

/s/ ROBERT C. MCDONALD
ROBERT C. MCDONALD
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
  Attorney for Defendant
Daystar Sills, Inc.
Bar I.D. No. 2340
bob@silverman-mcdonald.psemail.com