IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC., AND<br>TRANSCONTINENTAL INSURANCE<br>COMPANY AS SUBROGEE OF<br>BADALAMENT, INC.<br><br>      Plaintiffs,<br><br>v.<br><br>DAYSTAR SILLS, INC.,<br>ECLIPSE ERECTORS AND<br>NUCOR BUILDING SYSTEMS<br><br>      Defendants,<br><br>and<br><br>NUCOR BUILDING SYSTEMS,<br><br>      Defendant/Third Party Plaintiff,<br><br>v.<br><br>WESTFIELD INSURANCE GROUP,<br><br>      Third Party Defendant. | C. A. No. 05-035<br><br>JURY TRIAL DEMANDED |

## PRAECIPE

TO: Clerk, Superior Court
     New Castle County Courthouse
     500 North King Street
     Wilmington, Delaware 19801

**PLEASE ISSUE SUMMONS** directing the Sheriff of Kent County to serve Summons, Answer of Defendant Nucor Building Systems Answer to Plaintiff's Complaint with Cross Claims, Affirmative Defenses and Third Party Complaint to **Westfield Insurance Group, successor in interest to Old Guard Insurance Company,** by serving the Insurance Commissioner at 841 Silver

Lake Boulevard, Dover, Delaware 19901.

                                         BIFFERATO, GENTILOTTI & BIDEN

                                         /s/ George T. Lees, III
                                         George T. Lees, III (Del Bar ID # 3647)
                                         1308 Delaware Avenue
                                         Wilmington, DE 19806
                                         (302) 429-1900
                                         Attorney for Defendant/Third Party Plaintiff, Nucor Building Systems

Dated: 4/26/05