IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC., AND TRANSCONTINENTAL INSURANCE COMPANY AS SUBROGEE OF BADALAMENT, INC. : : : : : | |
| Plaintiffs, : | C. A. No. 05-035 |
| v. : : | |
| DAYSTAR SILLS, INC., ECLIPSE ERECTORS AND NUCOR BUILDING SYSTEMS : : : : | JURY TRIAL DEMANDED |
| Defendants, : | |
| and : | |
| NUCOR BUILDING SYSTEMS, : : | |
| Defendant/Third Party Plaintiff, : : | |
| v. : : | |
| WESTFIELD INSURANCE GROUP, : : | |
| Third Party Defendant. : | |

**THE STATE OF DELAWARE:**
**TO THE SHERIFF OF KENT COUNTY:**
**YOU ARE COMMANDED:**

    To summon the above named Third Party Defendant Westefield Insurance Group by serving the Insurance Commissioner so that, within 20 days after service hereof upon Third Party Defendant Westfield Insurance Group, exclusive of the day of service, Third Party Defendant Westfield Insurance Group shall serve upon Plaintiff's attorney, Sean Bellow, Esquire at 1201 North Market Street, Suite 1400, Wilmington, DE 19801; Defendant's attorney, Michael J. Silverman, Esquire at 1010 N. Bancroft Parkway, Suite 22, Wilmington, DE 19805; Defendant's attorney, Justin Wineburgh, Esquire at The Atrium, 3rd Floor, Philadelphia, PA 19103; Defendant's attorney, R. Stokes Nolte, Esquire at 1010 N. Bancroft Parkway, Suite 21, Wilmington, DE 19805; and, Defendant/Third Party Plaintiffs' attorney, George T. Lees, III, whose address is 1308 Delaware Avenue, Wilmington, Delaware 19806, an answer to the Third Party Complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

      To serve upon Third Party Westfield Insurance Group a copy hereof and of the Third Party Complaint (and of the affidavit of demand if any has been filed by Plaintiffs).

Date:                                                                                       Prothonotary_____
                                                                                                                            SHARON D. AGNEW

                                                                                                                            Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**
      In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney, Defendant's attorneys and Defendant/Third Party Plaintiffs' attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                                                                                                                     Prothonotary_____
                                                                                                                     SHARON D. AGNEW

                                                                                                                            Per Deputy