March 12, 2003

RE:  Certified Policy for policy # UMB 1000279
Policy Effective Period: 01/01/2003-01/01/2004

Please have this letter serve as evidence that the enclosed policy, declarations and policy
forms are the true and certified copies for the above policy term.

Chris Kelleher, CIC
Executive, Commercial Lines
Westfield Group

O' D GUARD INSURANCE COMPANY
COMMERCIAL UMBRELLA LIABILITY POLICY



# *Old Guard*

INSURANCE GROUP
Lancaster, PA

This Policy Is Non-Assessable.

**POLICY NUMBER**



UMB 1000279

**ITEM 1.**
**NAMED INSURED AND MAILING ADDRESS**

Daystar Sills
PO Box 5815
Newport DE  19804

**AGENCY AND MAILING ADDRESS**

Williams/GNG Insurance          CODE #:  838
5301 Limestone RD STE 100
Wilmington DE  19808

SUB-PRODUCER CODE:

POLICY PERIOD
FROM 12:01 A.M.          January 1, 2003 to January 1, 2004

FORM OF BUSINESS:  Corporation          (INDIVIDUAL, JOINT VENTURE, PARTNERSHIP, OTHER)

RENEWAL OF:  UMB 1000279

BUSINESS DESCRIPTION:  Commercial Contractor

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**ITEM 3.  LIMITS OF LIABILITY:**

| | |
|---|---|
| COMPANY'S LIMITS | |
| PRODUCTS – COMPLETED OPERATIONS AGGREGATE LIMIT | 9,000,000. |
| GENERAL AGGREGATE LIMIT | 9,000,000. |
| PERSONAL AND ADVERTISING INJURY LIMIT | 9,000,000. |
| EACH OCCURRENCE LIMIT | 9,000,000. |

INSURED'S RETAINED LIMIT: 0          as the result of each occurrence or offense not covered by underlying insurance

**ITEM 4.  ENDORSEMENTS ATTACHED TO POLICY AT INCEPTION:**  CU 0003 (10/92)
IL 0237, UL 0389, Emp. Prac. Exc., UL 0310

**ITEM 5.  UNDERLYING INSURANCE :**  SEE ATTACHED SCHEDULE OF UNDERLYING INSURANCE

**ITEM 6.  PREMIUM COMPUTATION:**
Premium Payable:
$ 32,972.          in advance

In the event of cancellation by the named insured, the Company shall receive and retain not less than $ 7,000.
as the Minimum

If the policy is written on an adjustable basis, the premium shall be based as follows:

Adjustable Basis:

| Kind of Premium | Rate | Premium Basis |
|---|---|---|

*Steven D. Dyer*
Secretary

*David E. Huber*
President

12/9/02 smg



**OLD GUARD INSURANCE COMPANY**
**COMMERCIAL UMBRELLA LIABILITY POLICY**
**SCHEDULE OF UNDERLYING INSURANCE**

INSURANCE GROUP
Lancaster, PA

| BASIC POLICIES COMPANY/POLICY NO./POLICY PERIOD | LIMITS OR AMOUNTS OF INSURANCE | |
|---|---|---|
| COMMERCIAL AUTO LIABILITY | $ | Bodily Injury Liability |
| Old Guard Insurance Co | $ | Property Damage Liability |
| CAP 1006664 | $ 1,000,000. | Combined Single Limit |
| 1/1/03-04 | | |
| COMMERCIAL GENERAL LIABILITY (SIMPLIFIED) | $ 2,000,000. | Products/Completed Operations Aggregate |
| Old Guard Insurance Co | $ 2,000,000. | General Aggregate |
| CBP 1002901 | $ 1,000,000. | Personal and Advertising Injury Limit |
| 1/1/03-04 | $ 1,000,000. | Each Occurrence Limit |

| COMMERCIAL GENERAL LIABILITY (NON-SIMPLIFIED) | | |
|---|---|---|
| | | SPLIT LIMITS |
| | | Bodily Injury Liability |
| | $ | Each Occurrence |
| | $ | Aggregate |
| | | PROPERTY DAMAGE LIABILITY |
| | $ | Each Occurrence |
| | $ | Aggregate |
| | | COMBINED SINGLE LIMIT |
| | | Bodily Injury Liability & Property Damage Liability Combined |
| | $ | Each Occurrence |
| | $ | Aggregate |

| EMPLOYER'S LIABILITY | | |
|---|---|---|
| Old Guard Fire Insurance Co | $ 100,000. | Bodily Injury Each Accident |
| WCP 2001068 | $ 500,000. | Bodily Injury (Disease) Policy Limit |
| 1/1/03-04 | $ 100,000. | Bodily Injury (Disease) Each Employee |

000 900

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DELAWARE CHANGES - TERMINATION PROVISIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME - SAFE DEPOSITORY LIABILITY COVERAGE FORM M
COMMERCIAL CRIME - LIABILITY FOR GUESTS' PROPERTY PREMISES COVERAGE FORM L
COMMERCIAL CRIME - LIABILITY FOR GUESTS' PROPERTY SAFE DEPOSIT BOX COVERAGE
     FORM K
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. With respect to the:

FARM PROPERTY COVERAGE FORM; and
COMMERCIAL PROPERTY COVERAGE PART;

if the policy covers a building that contains no more than 4 dwelling units, one of which is the insured's principal place of residence, or covers the insured's household personal property in a residential building, the following applies:

1. Paragraph 2. of the CANCELLATION Common Policy Condition is replaced by the following:

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation along with the reasons for cancellation at least:

a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

After coverage has been in effect for more than 60 days or after the effective date of a renewal of this policy, no notice of cancellation will be issued by us unless it is based on at least one of the following reasons:

(1) Nonpayment of premium;

(2) Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

(3) Discovery of willful or reckless acts or omissions on your part that increase any hazard insured against;

(4) The occurrence of a change in the risk that substantially increases any hazard insured against after insurance coverage has been issued or renewed;

(5) A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any covered property or its occupancy that substantially increases any hazard insured against;

(6) A determination by the Insurance Commissioner that the continuation of the policy would place us in violation of the Delaware insurance laws; or

(7) Real property taxes owing on the insured property have been delinquent for two or more years and continue delinquent at the time notice of cancellation is issued.

000 901

Copyright, Insurance Services Office, Inc., 1988
Copyright, ISO Commercial Risk Services, Inc., 1988

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.


## CROSS SUITS EXCLUSION

This insurance does not apply to any liability of one insured for property damage to the property of another insured.

UL-0389 (7/95)

## EMPLOYMENT DISCRIMINATION AND EMPLOYMENT-RELATED PRACTICES EXCLUSION

This insurance does not apply to any liability, defense costs, fines or damages which arise out of any:

1. Refusal to employ;

2. Termination of employment;

3. Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, or other employment-related practices, policies, acts or omissions; or

4. Consequential bodily injury or personal injury as a result of 1 through 3 above.

This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation of the insured to share damages with or to repay someone else who must pay damages because of the injury.

000 903

COMMERCIAL UMBRELLA LIABILITY
UL 0310 11 98

**THIS ENDORSEMENT CHANGES THE POLICY.    PLEASE READ IT CAREFULLY.**

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided by the following.

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART CU-0003

The following exclusion is added to SECTION I -- COVERAGE A AND COVERAGE B:

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising directly or indirectly out of:

1. Any actual or alleged failure, malfunction or inadequacy of:
   (a) Any of the following, whether belonging to any insured or to others:
      (1) Computer hardware, including micro-processors;
      (2) Computer application software;
      (3) Computer operating systems and related software;
      (4) Computer networks;
      (5) Micro-processors (computer chips) not part of any computer system; or
      (6) Any other computerized or electronic equipment or components; or

   (b) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph 1(a) of this endorsement.

   due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

2. Any advice, consultation, design evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for any potential or actual problems described in Paragraph 1 of this endorsement.

000 904

March 12, 2003

RE:  Certified Policy for policy # CBP 1002901
Policy Effective Period: 01/01/2003-01/01/2004

Please have this letter serve as evidence that the enclosed policy, declarations and policy
forms are the true and certified copies for the above policy term.

Chris Kelleher, CIC
Executive, Commercial Lines
Westfield Group

000 905

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| COMMERCIAL PACKAGE POLICY SUMMARY PAGE | | Policy Period | |
|---|---|---|---|
| | | From | To |
| Policy Number   CBP 1002901 01 | | 01/01/2003  01/01/2004 | |
| | | 12:01 A.M. Standard Time at the described location | |

| Transaction |
|---|
| RENEWAL DECLARATION          RENEWAL OF: CBP 1002901   00 |

| Named Insured and Address | Agent |
|---|---|
| DAYSTAR SILLS, INC<br>PO BOX 5815<br>WILMINGTON DE 19808 | WILLIAMS INSURANCE AGENCY INC      0000838<br>5301 LIMESTONE RD SUITE 100<br>WILMINGTON DE   19808-1251 |
| lllunllllulululllulululull | Telephone:   302-239-5500 |

| Business Description | Type of Business | Audit Period |
|---|---|---|
| GENERAL CONTRACTOR | CORPORATION | Annual |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| COVERAGE PART DESCRIPTION | PREMIUM |
|---|---|
| Crime | $607.00 |
| Commercial Fire | $1,830.00 |
| General Liability | $77,022.00 |
| Inland Marine | $3,734.00 |

| | | |
|---|---|---|
| POLICY PREMIUM | $ | 83,193.00 |
| DEPOSIT PREMIUM | $ | |
| TAXES AND SURCHARGES | $ | |
| TOTAL DEPOSIT PREMIUM | $ | |

THE POLICY WRITING NONREFUNDABLE MINIMUM PREMIUM IS $      100.00

PREMIUM SHOWN PAYABLE IS: $  83,193.00  AT INCEPTION: $

1ST ANNIVERSARY: $                 2ND ANNIVERSARY: $

**Forms and Endorsements Applicable to All Coverage Parts:**

| IL0017   (11/98) |
|---|

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

_H. Brooks Pierce_
Secretary

_Roger M. Manos_
President

Issued Date: 11/18/2002

000 906

CPPDEC 11 98                              INSURED COPY                        Page 1    of 20

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

COMMERCIAL PACKAGE POLICY
LOCATION SCHEDULE

| Policy Number: CBP 1002901 01 | |
|---|---|
| Named Insured: DAYSTAR SILLS, INC | |
| Agent:    WILLIAMS INSURANCE AGENCY INC | 0000838 |

## LOCATION ADDRESS SCHEDULE

Prem #    00001
330 WATER STREET
NEWPORT DE 19804

Prem #    00002
320 WATER STREET
NEWPORT DE 19804

000 907

Issued Date: 11/18/2002
LOCSCH 07 95

INSURED COPY

Page 2    of 20

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

COMMERCIAL PACKAGE POLICY
LOCATION SCHEDULE

| | |
|---|---|
| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent:  WILLIAMS INSURANCE AGENCY INC | 0000838 |

## SUB-LOCATION ADDRESS SCHEDULE

Prem #     00001        Bldg #      00001
330 WATER STREET
NEWPORT DE 19804

Prem #      00002       Bldg #      00001
320 WATER STREET
NEWPORT DE 19804

000 908

SLOCSCH 07 95

# OLD GUARD INSURANCE COMPANY
201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

COMMERCIAL PACKAGE POLICY
LOCATION SCHEDULE

| | |
|---|---|
| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent:   WILLIAMS INSURANCE AGENCY INC | 0000838 |

## POLICY INTEREST SCHEDULE

00001
AI-OWNRS, LESSEES OR CONTRACTR

AUTOMATIC STATUS APPLIES
CG2033 APPLIES

00001
EXTENDED NAMED INSURED

WEATHER SERVICES, INC
SOLAR SYSTEMS, INC

00001
EXTENDED NAMED INSURED

AURORA ACOUSTICAL, INC
CRYSTAL CONCRETE, INC

00001
EXTENDED NAMED INSURED

SUN DOG CABINETRY, INC
FLASH ELECTRIC, INC

00001
EXTENDED NAMED INSURED

POLAR MECHANICAL, INC
POLAR FABRICATION, INC

00001
LOSS PAYEE
330 WATER STREET
PNC BANK DELAWARE
ATTN SCOTT BAYLIS
222 DELAWARE AVE 18TH FLOOR
WILMINGTON DE 19801

000 909

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| | |
|---|---|
| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## FORMS INVENTORY

### Boiler and Machinery Forms

### Commercial Crime Forms

| | | | | | |
|---|---|---|---|---|---|
| IL0935 | (08/98) | CR0004 | (10/90) | CR1000 | (04/97) |

### Commercial Fire Forms

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CP0090 | (07/88) | CP0299 | (11/85) | IL0237 | (03/00) | IL0935 | (08/98) | OG5068 | (06/98) |
| SM0006 | (02/97) | CP1030 | (06/95) | CP0030 | (06/95) | CP0010 | (06/95) | CP0050 | (06/95) |

### Commercial General Liability Forms

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CG2147 | (07/98) | CG2149 | (09/99) | CG2160 | (09/98) | IL0021 | (04/98) | CG2026 | (11/85) |
| CG0001 | (07/98) | IL0237 | (03/00) | | | | | |

### Commercial Inland Marine Forms

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IMO113 | (06/90) | CM0001 | (06/95) | IL0935 | (08/98) | OG5068 | (06/98) | IMO618 | (06/90) |

000 910

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

Issued Date: 11/18/2002

FRMLST 11 98                 INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| GENERAL LIABILITY COVERAGE PART | Policy Period | |
|---|---|---|
| | From | To |
| Policy Number    CBP 1002901 01 | 01/01/2003    01/01/2004 |
| | 12:01 A.M. Standard Time at the described location |

## Transaction

RENEWAL DECLARATION

| Named Insured and Address | Agent |
|---|---|
| DAYSTAR SILLS, INC<br>PO BOX 5815<br>WILMINGTON DE 19808 | WILLIAMS INSURANCE AGENCY INC    0000838<br>5301 LIMESTONE RD SUITE 100<br>WILMINGTON DE   19808-1251 |
| IₙIIllIₙIₙIₙIₙIllIₙₙIₙIₙIₙII | Telephone:   302-239-5500 |

**Business Description**
GENERAL CONTRACTOR

**Type of Business**
CORPORATION

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consist of the following coverage parts for which a premiumis indicated. This premium may be subject to adjustment.

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURENCE LIMIT | $ 1,000,000 | |
| FIRE DAMAGE LIMIT | $ 100,000 | Any one fire |
| MEDICAL EXPENSE LIMIT | $ 5,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | $ 2,000,000 | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $ 2,000,000 | |

## AMENDED LIMITS OF LIABILITY

Refer to attached schedule, if any.

## LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Refer to location address schedule.

## CLASSIFICATIONS

Refer to attached schedule

**TOTAL PREMIUM FOR THIS COVERAGE PART** $   77,022.00

| Forms and Endorsements Applicable to this Policy |
|---|
| Refer to Forms Inventory |

These Declarations together with the common policy conditions, coverage part declarations, coverage part coverage form(s) and form(s) and endorsements, if any, issued , complete the above numbered policy.

000 911

Issued Date: 11/18/2002

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| GENERAL LIABILITY | |
|---|---|
| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Premium Basis | | Per | Cov/Rate | Premium |
|---|---|---|---|---|---|---|---|---|
| | | | | Classification Description | | N/A | AINS | $5,000.00 |
| 0001 | DE | 999 | 49950 | | | | | |
| | | | | ADDL INSURED CLASS CODE | | | | |
| 0001 | DE | 001 | 91580 | PAYROLL | $400,000 | 1000 | P/O | $10,408.00 |
| | | | | CONTRACTORS - EXECUTIVE SUPERVISORS OR SUPERINTENDENTS | | | 26.0210 | |
| 0001 | DE | 001 | 91585 | TOTAL COST | $15,000,000 | 1000 | P/O | $3,750.00 |
| | | | | CONTRACTORS -SUBWORK -CONST,RE-,REPAIR,ERECTION OF BLDG{NOC} | | | 0.2500 | |
| 0001 | DE | 001 | 91341 | PAYROLL | $500,000 | 1000 | P/O | $4,444.00 |
| | | | | CARPENTRY - INTERIOR | | | 8.8880 | |
| 0001 | DE | 001 | 92215 | PAYROLL | $1,000,000 | 1000 | P/O | $8,399.00 |
| | | | | DRIVEWAY, PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | 8.3990 | |
| 0001 | DE | 001 | 91436 | PAYROLL | $225,000 | 1000 | P/O | $1,275.00 |
| | | | | CEILING OR WALL INSTALLATION - METAL | | | 5.6670 | |
| 0001 | DE | 001 | 92478 | PAYROLL | $950,000 | 1000 | P/O | $3,424.00 |
| | | | | ELECTRICAL WORK - WITHIN BUILDINGS | | | 3.6040 | |
| 0001 | DE | 001 | 98482 | PAYROLL | $500,000 | 1000 | P/O | $3,588.00 |
| | | | | PLUMBING - COMMERCIAL AND INDUSTRIAL | | | 7.1760 | |

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

000 912

Issued Date: 11/18/2002

GLCLASS 11 98

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| GENERAL LIABILITY | |
|---|---|
| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Premium Basis | | Per | Cov/Rate | Premium |
|---|---|---|---|---|---|---|---|---|
| | | | | Classification Description | | | | |
| 0001 | DE | 001 | 95647 | PAYROLL | $885,000 | 1000 | P/O | $5,607.00 |
| | | | | HEATING & A/C DEALER,DIST,INST,SERV,REPAIR -NO LPG SALE,WORK | | | 6.3360 | |
| 0001 | DE | 001 | 91341 | PAYROLL | $275,000 | 1000 | P/O | $2,444.00 |
| | | | | CARPENTRY - INTERIOR | | | 8.8880 | |
| 0001 | DE | 999 | 91585 | TOTAL COST | $15,000,000 | 1000 | PCO | $9,675.00 |
| | | | | CONTRACTORS -SUBWORK -CONST,RE-,REPAIR,ERECTION OF BLDG{NOC} | | | 0.6450 | |
| 0001 | DE | 999 | 91341 | PAYROLL | $500,000 | 1000 | PCO | $2,121.00 |
| | | | | CARPENTRY - INTERIOR | | | 4.2420 | |
| 0001 | DE | 999 | 92215 | PAYROLL | $1,000,000 | 1000 | PCO | $3,185.00 |
| | | | | DRIVEWAY, PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | 3.1850 | |
| 0001 | DE | 999 | 91436 | PAYROLL | $225,000 | 1000 | PCO | $1,124.00 |
| | | | | CEILING OR WALL INSTALLATION - METAL | | | 4.9960 | |
| 0001 | DE | 999 | 92478 | PAYROLL | $950,000 | 1000 | PCO | $2,901.00 |
| | | | | ELECTRICAL WORK - WITHIN BUILDINGS | | | 3.0540 | |
| 0001 | DE | 999 | 98482 | PAYROLL | $500,000 | 1000 | PCO | $2,261.00 |
| | | | | PLUMBING - COMMERCIAL AND INDUSTRIAL | | | 4.5210 | |

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

000 913

Issued Date: 11/18/2002

GLCLASS  11 98

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

GENERAL LIABILITY

| | |
|---|---|
| Policy Number: CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Premium Basis | | Per | Cov/Rate | Premium |
|---|---|---|---|---|---|---|---|---|
| | | | | Classification Description | | | | |
| 0001 | DE | 999 | 95647 | PAYROLL | $885,000 | 1000 | PCO 7.0610 | $6,249.00 |
| | | | | HEATING & A/C DEALER,DIST,INST,SERV,REPAIR -NO LPG SALE,WORK | | | | |
| 0001 | DE | 999 | 91341 | PAYROLL | $275,000 | 1000 | PCO 4.2420 | $1,167.00 |
| | | | | CARPENTRY - INTERIOR | | | | |

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

0u0  9I4

Issued Date: 11/18/2002

GLCLASS 11 98

INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

GENERAL LIABILITY

| Policy Number: CBP 1002901 01 | |
|---|---|
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 000083B |

## COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Premium Basis | Per | Cov/Rate | Premium |
|---|---|---|---|---|---|---|---|

Classification Description

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

000 915

Issued Date: 11/18/2002

GLCLASS 11 98

INSURED COPY

Page 10 of 20

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

GENERAL LIABILITY

| | |
|---|---|
| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

Loc   St   Terr   Code        Premium Basis                                          Per       Cov/Rate        Premium
Classification Description

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and
endorsements, if any, issued, complete the above number policy.

000 916

Issued Date: 11/18/2002

GLCLASS 11 98                                        INSURED COPY                                  Page   11   of   20

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

COMMERCIAL CRIME
COVERAGE PART

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| CBP 1002901 01 | 01/01/2003 | 01/01/2004 |
| | 12:01 A.M. Standard Time at the described location | |

| Transaction |
|---|
| RENEWAL DECLARATION |

| Named Insured and Address | Agent |
|---|---|
| DAYSTAR SILLS, INC<br>PO BOX 5815<br>WILMINGTON DE 19808 | WILLIAMS INSURANCE AGENCY INC    0000838<br>5301 LIMESTONE RD SUITE 100<br>WILMINGTON DE  19808-1251 |
| | Telephone:  302-239-5500 |

| Business Description | Type of Business | Audit Period |
|---|---|---|
| GENERAL CONTRACTOR | CORPORATION | |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.   INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR THE COVERAGES SHOWN BELOW.**

## COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE

| Prem. | Bldg. | Plan | Coverage | Msgr. | Limit | Deductible |
|---|---|---|---|---|---|---|
| 001 | 001 | 01 | Coverage C - Section 1 | | 10,000.00 | $1,000 |
| 001 | 001 | 01 | Coverage C - Section 2 | | 10,000.00 | $1,000 |
| 001 | 001 | 01 | Employee Dishonesty - | | 200,000.00 | $1,000 |

**PREMIUM FOR THIS COVERAGE PART        $        607.00**

| Forms and Endorsements Applicable to this Policy |
|---|
| Refer to Forms Inventory |

000 917

Issued Date: 11/18/2002

CBPEC  07 95



# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| COMMERCIAL PROPERTY COVERAGE PART | Policy Period | |
|---|---|---|
| | From | To |
| Policy Number   CBP 1002901 01 | 01/01/2003    01/01/2004 |
| | 12:01 A.M. Standard Time at the described location |

| Transaction |
|---|
| RENEWAL DECLARATION |

| Named Insured and Address | Agent |
|---|---|
| DAYSTAR SILLS, INC<br>PO BOX 5815<br>WILMINGTON DE 19808 | WILLIAMS INSURANCE AGENCY INC    0000838<br>5301 LIMESTONE RD SUITE 100<br>WILMINGTON DE  19808-1251<br><br>Telephone:  302-239-5500 |

## DESCRIPTION OF PREMISES
Refer to attached schedule.

## COVERAGES PROVIDED
Refer to attached schedule, if any.

## OPTIONAL COVERAGES
Refer to attached schedule, if any.

## MORTGAGEES AND ADDITIONAL INTERESTS
Refer to policy Interest schedule.

**PREMIUM FOR THIS COVERAGE PART**    $    1,830:00

Forms and Endorsements Applicable to this Policy

Refer to Forms Inventory

000 515

These declarations together with the common policy conditions, coverage part declarations, coverage part coverage form(s) and forms and endorsements, if any, issued to form a part therof, complete the above numbered policy.

_H. Budd Roop_
Secretary

_Roger M. Manos_
President

Issued Date: 11/18/2002

INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| Policy Number:  CBP 1002901 01 | |
|---|---|
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## COMMERCIAL PROPERTY
## DESCRIPTION OF OPTIONAL COVERAGE PROVIDED

| Prem. No. | Bldg. No. | Coverage | Amount | Replacement Cost Pers Incl Bldg Prop "Stock" | Inflation Grd pers Bldg Prop | Monthly Limit of Indemnity | Maximum Period of Indemnity | Extended Period of Indemnity |
|---|---|---|---|---|---|---|---|---|
| All | All | Service Guard | | | | N/A | N/A | N/A |
| 00001 | 00001 | Business Income | $100,000 | | | | | |
| 00001 | 00001 | Personal Property | $750,000 | X | | | | |
| 00002 | 00001 | Extra Expense | $50,000 | | | | | |
| 00002 | 00001 | Personal Property | $200,000 | X | | | | |

000 919

These declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued to form a part thereof, complete the above number policy.

Issued Date: 11/18/2002

CFOCOVS 11 98

INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| Policy Number: CBP 1002901 01 | |
|---|---|
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## COMMERCIAL PROPERTY
## DESCRIPTION OF COVERAGE PROVIDED

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Coinsurance@ | Covered Cause of Loss | Deductible |
|---|---|---|---|---|---|---|
| All | All | Service Guard | | | | |
| 00001 | 00001 | Business Income | $100,000 | 50% | SPEC | |
| 00001 | 00001 | Personal Property | $750,000 | 80% | SPEC | $500 |
| 00002 | 00001 | Extra Expense | $50,000 | 40%-80%-100% | SPEC | |
| 00002 | 00001 | Personal Property | $200,000 | 80% | SPEC | $500 |

000 920

These declarations together with the common policy conditions, coverage part declarations, coverage part coverage form(s) and forms and endorsement, if any, issued to form a part thereof, complete the above numbered policy.

Issue Date 11/18/2002

INSURED COPY

CECDVS 11 98

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| Policy Number: CBP 1002901 01 | |
|---|---|
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## COMMERCIAL PROPERTY
## DESCRIPTION OF PREMISES

| Prem. No. | Bldg. No. | Occupancy | Construction | Prot. Class | Terr |
|---|---|---|---|---|---|
| 00001 | 00001 | CONTRACTORS | Non-Combustible | 05 | 020 |
| 00002 | 00001 | CONTRACTORS | Non-Combustible | 05 | 20 |

These declarations together with the common policy conditions, coverage part declarations, coverage part coverage form(s) and forms and endorsement, if any, issued to form a part thereof, complete the above numbered policy.

Issue Date 11/18/2002

CFLOCS 11 98

INSURED COPY



# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| INLAND MARINE COVERAGE PART | | Policy Period | |
|---|---|---|---|
| | | From | To |
| Policy Number   CBP 1002901 01 | | 01/01/2003   01/01/2004 12:01 A.M. Standard Time at the described location | |

| Transaction |
|---|
| RENEWAL DECLARATION |

| Named Insured and Address | Agent |
|---|---|
| DAYSTAR SILLS, INC PO BOX 5815 WILMINGTON DE 19808 | WILLIAMS INSURANCE AGENCY INC    0000838 5301 LIMESTONE RD SUITE 100 WILMINGTON DE  19808-1251 |

Telephone:   302-239-5500

**COVERAGE**                                                      **PREMIUM**

ELECTRONIC DATA PROCESSING                       $       825.00
EQUIPMENT FLOATER                                     $     2,909.00


                    **TOTAL PREMIUM FOR THIS COVERAGE PART**     $   3,734.00

| Forms and Endorsements Applicable to this Policy |
|---|
| Refer to Forms Inventory |

000 922

These Declarations together with the common policy conditions, coverage declarations, coverage form(s) and form(s) and endorsements, if any, issued , complete the above numbered policy.

Issued Date: 11/18/2002

IMDEC 11 98

INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| | |
|---|---|
| Policy Number: CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent:WILLIAMS INSURANCE AGENCY INC | 0000838 |

## ELECTRONIC DATA PROCESSING EQUIPMENT COVERAGE

LOCATION    00001    BUILDING    00001

| | COV A | COV B | COV C | COV D |
|---|---|---|---|---|
| LIMIT | $112,500 | $25,000 | $50,000 | |
| LIMIT PER MONTH | | | | |

LOCATION PREMIUM        $412.00

| | COV A | COV B |
|---|---|---|
| IN TRANSIT OR TEMP. | | |

### OPTIONAL COVERAGES:

1. BREAKDOWN COVERAGE ENDORSEMENT:        DED:
2. EARTHQUAKE COVERAGE ENDORSEMENT:       DED:
3. FLOOD COVERAGE ENDORSEMENT:            DED:

| | | |
|---|---|---|
| DEDUCTIBLE: | $500 | COVERAGE PREMIUM |
| VALUATION: | REPLACEMENT COST | |
| UPGRADE ENDORSEMENT: | N/A | |
| COINSURANCE: | 80% | |

SPECIAL PROVISIONS

000 923

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

Secretary                                 President

Issued Date: 11/18/2002

EDP 11/98                    INSURED COPY                    Page 18    of 20

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P 0 BOX 3010
LANCASTER, PA 17604-3010

| | |
|---|---|
| Policy Number: | CBP 1002901 01 |
| Named Insured: | DAYSTAR SILLS, INC |
| Agent:  WILLIAMS INSURANCE AGENCY INC | 0000838 |

## ELECTRONIC DATA PROCESSING EQUIPMENT COVERAGE PART DECLARATIONS

COVERAGE PROVISIONS                                                      Limit of Insurance

A.  EQUIPMENT
ITEM NUMBER        Specifically Described Property

| ITEM NUMBER | | Limit of Insurance |
|---|---|---|
| 1 | HARDWARE | $112,500 |
| 2 | SOFTWARE | $25,000 |

SPECIAL PROVISIONS
000 924

These Declarations together with the common policy conditions, coverage declarations, coverage form(s) and form(s) and endorsements, if any, issued , complete the above numbered policy.

Issued Date: 11/18/2002

EDPSCH 11/98                                    INSURED COPY                              Page 19   of 20

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| | |
|---|---|
| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent:   WILLIAMS INSURANCE AGENCY INC | 0000838 |

## CONTRACTORS EQUIPMENT FLOATER COVERAGE PART DECLARATIONS

**PREMIUM FOR THIS COVERAGE FORM**     $2,909.00

### DESCRIPTION OF COVERED PROPERTY

| Description | Limit of Insurance |
|---|---|
| HIRED / RENT NO ONE ITEM TO EXCEED $100,000 | $300,000 |
| MISC TOOL & TRAILERS NO ONE ITME TO EXCEED $5,000 | $100,000 |
| AIR COMPRESSOR | $13,000 |
| FORK LIFT | $26,000 |
| FORK LIFT | $18,000 |
| SCISSOR LIFT | $18,750 |
| SCISSOR LIFT | $15,750 |
| EXCAVATOR | $6,000 |
| SKY JACK LIFT | $15,000 |
| AIR COMPRESSOR | $6,000 |

### DEDUCTIBLE

The Deductible amount is $ 1,000

### AMOUNT OF INSURANCE

The company shall not be liable for more than $    527,900       in any one loss, disaster or casualty; not exceeding, however, the Amount of Insurance shown opposite each item described herein.

### SPECIAL PROVISIONS

000 925

These Declarations together with the common policy conditions, coverage declarations, coverage form(s) and form(s) and endorsements, if any, issued , complete the above numbered policy.

Issued Date: 11/18/2002

EQPDEC 11/98                                    INSURED COPY                              Page 20   of 20

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

   This insurance does not apply to:

   a. **Expected Or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. **Contractual Liability**

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) That the insured would have in the absence of the contract or agreement; or

      (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

         (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

         (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

   c. **Liquor Liability**

      "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

      (1) Causing or contributing to the intoxication of any person;

      (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

000  9246

Hart Forms & Services
Reorder No. 14-G100

Copyright, Insurance Services Office, Inc., 1997

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

  (a) Employment by the insured; or

  (b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

  (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

    (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

    (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your on-

going operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

    (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

  (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

  (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

  (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

    (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. **Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other

than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

This insurance does not apply to:

a. "Personal and advertising injury":

(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and



Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98

would inflict "personal and advertising injury";

(2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) Arising out of a criminal act committed by or at the direction of any insured;

(5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

(6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

(7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

(8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

(9) Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section; or

(10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

b. Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

CG 00 01 07 98                Copyright, Insurance Services Office, Inc., 1997                Page 5 of 13

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your

          Copyright, Insurance Services Office, Inc., 1997          CG 00 01 07 98

business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

Copyright, Insurance Services Office, Inc., 1997