l.  Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss".

3.  We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a.  Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

b.  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c.  Faulty, inadequate or defective:

(1)  Planning, zoning, development, surveying, siting;

(2)  Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3)  Materials used in repair, construction, renovation or remodeling; or

(4)  Maintenance;

of part or all of any property on or off the described premises.

4.  Special Exclusions

The following provisions apply only to the specified Coverage Forms.

a.  Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form

We will not pay for:

(1)  Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

(2)  Any loss caused by or resulting from:

(a)  Damage or destruction of "finished stock"; or

(b)  The time required to reproduce "finished stock."

This exclusion does not apply to Extra Expense.

(3)  Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(4)  Any increase of loss caused by or resulting from:

(a)  Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b)  Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

(5)  Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

(6)  Any other consequential loss.

b.  Leasehold Interest Coverage Form

(1)  Paragraph B.1.a. Ordinance or Law, does not apply to insurance under this Coverage Form.

(2)  We will not pay for any loss caused by:

(a)  Your cancelling the lease;

(b)  The suspension, lapse or cancellation of any license; or

(c)  Any other consequential loss.

c.  Legal Liability Coverage Form

(1)  The following Exclusions do not apply to insurance under this Coverage Form:

(a)  Paragraph B.1.a., Ordinance or Law;

(b)  Paragraph B.1.c., Governmental Action;

(c)  Paragraph B.1.d., Nuclear Hazard;

(d)  Paragraph B.1.e., Utility Services; and

(e)  Paragraph B.1.f., War and Military Action.

(2)  The following additional exclusions apply to insurance under this Coverage Form:

000 948

**(a) Contractual Liability**

We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

## C. LIMITATIONS

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income coverage or Extra Expense coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Gutters and downspouts caused by or resulting from weight of snow, ice or sleet.

   g. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay more than $500 in any one occurrence for loss of or damage to glass that is part of a building or structure, regardless of the number of panes, plates or similar units of glass. Subject to this $500 aggregate, we will not pay more than $100 for any one pane, plate, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter.

   However, this limitation does not apply to:

   a. Loss or damage by the "specified causes of loss", except vandalism; or

   b. Business Income coverage or Extra Expense coverage.

3. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Valuable papers and records, such as books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell or other data processing, recording or storage media, and other records.

   b. Animals, and then only if they are killed or their destruction is made necessary.

   c. Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass that is part of a building or structure;

      (2) Containers of property held for sale; or

      (3) Photographic or scientific instrument lenses.

   d. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

    Copyright, ISO Commercial Risk Services, Inc., 1994

However, this limitation does not apply:

(1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income coverage or to Extra Expense coverage.

4. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, C.4., does not apply to Business Income coverage or to Extra Expense coverage.

5. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

## D. ADDITIONAL COVERAGE - COLLAPSE

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in D.1 through D.5. below.

1. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building insured under this Coverage Form, if the collapse is caused by one or more of the following:

a. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

b. Hidden decay;

c. Hidden insect or vermin damage;

d. Weight of people or personal property;

e. Weight of rain that collects on a roof;

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in D.1.a. through D.1.e., we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

2. If the direct physical loss or damage does not involve collapse of a building or any part of a building, we will pay for loss or damage to Covered Property caused by the collapse of personal property only if:

a. The personal property which collapses is inside a building; and

b. The collapse was caused by a cause of loss listed in D.1.a. through D.1.f. above.

3. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in D.1.b. through D.1.f., we will pay for loss or damage to that property only if:

a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

b. The property is Covered Property under this Coverage Form.

4. Collapse does not include settling, cracking, shrinkage, bulging or expansion.

5. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

000 949

**E. ADDITIONAL COVERAGE EXTENSIONS**

1. **Property In Transit.** This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   c. The most we will pay for loss or damage under this Extension is $1000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder or Molten Material Damage.** If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

**F. DEFINITIONS**

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

   a. The cost of filling sinkholes; or

   b. Sinking or collapse of land into man-made underground cavities.

2. Falling objects does not include loss or damage to:

   a. Personal property in the open; or

   b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

3. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

    Copyright, ISO Commercial Risk Services, Inc., 1994

# THEFT, DISAPPEARANCE AND DESTRUCTION COVERAGE FORM

**A. COVERAGE** - We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss.

  1. **Section 1. - Inside The Premises**

     a. **Covered Property:** "Money" and "securities" inside the "premises" or a "banking premises."

     b. **Covered Causes of Loss**

        (1) "Theft"

        (2) Disappearance

        (3) Destruction

     c. **Coverage Extensions**

        (1) **Containers of Covered Property:** We will pay for loss of, and loss from damage to, a locked safe, vault, cash register, cash box or cash drawer located in the "premises" resulting directly from an actual or attempted:

           (a) "Theft" of; or

           (b) Unlawful entry into

           those containers.

        (2) **Premises Damage:** We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of Covered Property if you are the owner of the "premises" or are liable for damage to it.

  2. **Section 2. - Outside the Premises**

     a. **Covered Property:** "Money" and "securities" outside the "premises" in the care and custody of a "messenger."

     b. **Covered Causes of Loss**

        (1) "Theft"

        (2) Disappearance

        (3) Destruction

     c. **Coverage Extension**

        **Conveyance of Property By Armored Motor Vehicle Company:** We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss while outside the "premises" in the care and custody of an armored motor vehicle company.

But, we will pay only for the amount of loss that you cannot recover:

   (1) Under your contract with the armored motor vehicle company; and

   (2) From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**B. LIMIT OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the DECLARATIONS.

**C. DEDUCTIBLE**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the DECLARATIONS. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance. In the event more than one Deductible Amount could apply to the loss, only the highest Deductible Amount may be applied.

**D. ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS:** In addition to the provisions in the Crime General Provisions, this Coverage Form is subject to the following:

  1. **Additional Exclusions:** We will not pay for loss as specified below:

     a. **Accounting or Arithmetical Errors or Omissions:** Loss resulting from accounting or arithmetical errors or omissions.

     b. **Acts of Employees, Directors, Trustees or Representatives:** Loss resulting from any dishonest or criminal act committed by any of your "employees," directors, trustees or authorized representatives:

        (1) Acting alone or in collusion with other persons; or

        (2) While performing services for you or otherwise.

     c. **Exchanges or Purchases:** Loss resulting from the giving or surrendering of property in any exchange or purchase.

     d. **Fire:** Loss from damage to the "premises" resulting from fire, however caused.

Copyright, Insurance Services Office, Inc., 1984, 1989

e. **Money Operated Devices:** Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

f. **Transfer or Surrender of Property**

  (1) Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises:"

   (a) On the basis of unauthorized instructions; or

   (b) As a result of a threat to do:

    i. Bodily harm to any person; or

    ii. Damage to any property.

  (2) But, this exclusion does not apply under COVERAGE, Section 2. to loss of Covered Property while outside the "premises" or "banking premises" in the care and custody of a "messenger" if you:

   (a) Had no knowledge of any threat at the time the conveyance began; or

   (b) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

g. **Vandalism:** Loss from damage to the "premises" or its exterior or to containers of Covered Property by vandalism or malicious mischief.

h. **Voluntary Parting of Title to or Possession of Property:** Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

2. **Additional Condition**

**Duties in the Event of Loss:** If you have reason to believe that any loss of, or loss from damage to, Covered Property involves a violation of law, you must notify the police.

3. **Additional Definitions**

a. **"Banking Premises"** means the interior of that portion of any building occupied by a banking institution or similar safe depository.

b. **"Messenger"** means you, any of your partners or any "employee" while having care and custody of the property outside the "premises."

c. **"Occurrence"** means an:

  (1) Act or series of related acts involving one or more persons; or

  (2) Act or event, or a series of related acts or events not involving any person.

d. **"Premises"** means the interior of that portion of any building you occupy in conducting your business.

e. **"Theft"** means any act of stealing.

    Copyright, Insurance Services Office, Inc., 1984, 1989    CR 00 04 10 90 □

# CRIME GENERAL PROVISIONS
# LOSS SUSTAINED FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Words and phrases in quotation marks are defined in the policy.

Unless stated otherwise in any Crime Coverage Form, Declarations or endorsement, the following General Exclusions, General Conditions and General Definitions apply to all Crime Coverage Forms forming part of this policy.

## A. General Exclusions

We will not pay for loss as specified below:

1. **Acts Committed By You Or Your Partners**

   Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

2. **Governmental Action**

   Loss resulting from seizure or destruction of property by order of governmental authority.

3. **Indirect Loss**

   Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

   a. Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

   b. Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

   c. Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

4. **Legal Expenses**

   Expenses related to any legal action.

5. **Nuclear**

   Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

6. **War And Similar Actions**

   Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## B. General Conditions

1. **Concealment, Misrepresentation Or Fraud**

   This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

   a. This insurance;

   b. The Covered Property;

   c. Your interest in the Covered property; or

   d. A claim under this insurance.

2. **Consolidation – Merger**

   If through consolidation or merger with, or purchase or acquisition of assets or liabilities of, some other entity:

   a. Any additional persons become "employees"; or

   b. You acquire the use and control of any additional "premises";

   any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises", for a period of 60 days after the effective date of such consolidation, merger, or purchase or acquisition of assets or liabilities.

   You must give us written notice within this 60 day period and obtain our written consent to extend this insurance to such additional "employees" or "premises". Upon obtaining our written consent, you must pay us an additional premium.

   If you fail to notify us in writing within this 60 day period, then this insurance shall automatically terminate as to such additional "employees" or "premises".

 Copyright , Insurance Service Office, Inc., 1996
Copyright, The Surety Association of America, 1996

3. Coverage Extensions

Unless stated otherwise in the Coverage Form, our liability under any Coverage Extension is part of, not in addition to, the Limit Of Insurance applying to the Coverage or Coverage Section.

4. Duties In The Event Of Loss

After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

a. Notify us as soon as possible.

b. Submit to examination under oath at our request and give us a signed statement of your answers.

c. Give us a detailed, sworn proof of loss within 120 days.

d. Cooperate with us in the investigation and settlement of any claim.

5. Extended Period To Discover Loss

We will pay only for covered loss discovered no later than one year from the end of the policy period.

6. Joint Insured

a. If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

b. If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

c. An "employee" of any Insured is considered to be an "employee" of every Insured.

d. If this insurance or any of its coverages is cancelled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

e. We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

7. Legal Action Against Us

You may not bring any legal action against us involving loss:

a. Unless you have complied with all the terms of this insurance; and

b. Until 90 days after you have filed proof of loss with us; and

c. Unless brought within 2 years from the date you discover the loss.

8. Liberalization

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this insurance.

9. Loss Covered Under More Than One Coverage Of This Insurance

If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

a. The actual amount of loss; or

b. The sum of the limits of insurance applicable to those coverages.

10. Loss Sustained During Prior Insurance

a. If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

(1) This insurance became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

b. The insurance under this Condition is part of, not in addition to, the Limits Of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

(1) This insurance as of its effective date; or

(2) The prior insurance had it remained in effect.

11. Loss Covered Under This Insurance And Prior Insurance Issued By Us Or Any Affiliate

If any loss is covered:

a. Partly by this insurance; and

b. Partly by any prior cancelled or terminated insurance that we or any affiliate had is sued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

Copyright, Insurance Service Office, Inc., 1996
Copyright, The Surety Association of America, 1996

CR 10 00 04 97

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit Of Insurance cumulates from year to year or period to period.

## 12. Other Insurance

This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity. However, this insurance will not apply to the amount of loss that is more than the applicable Limit Of Insurance shown in the Declarations.

## 13. Ownership Of Property; Interests Covered

The property covered under this insurance is limited to property:

a. That you own or hold; or

b. For which you are legally liable.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

## 14. Policy Period

a. The Policy Period is shown in the Declarations.

b. Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

## 15. Records

You must keep records of all Covered Property so we can verify the amount of any loss.

## 16. Recoveries

a. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

(1) To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;

(2) Then to us, until we are reimbursed for the settlement made;

(3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

b. Recoveries do not include any recovery:

(1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

(2) Of original "securities" after duplicates of them have been issued.

## 17. Territory

This insurance covers only acts committed or events occurring within the United States of America, U. S. Virgin Islands, Puerto Rico, Canal Zone, or Canada.

## 18. Transfer Of Your Rights Of Recovery Against Others To Us

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

## 19. Valuation – Settlement

a. Subject to the applicable Limit Of Insurance provision we will pay for:

(1) Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

(a) At face value in the "money" issued by that country; or

(b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

(2) Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

(a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

(b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

(i) Value of the "securities" at the close of business on the day the loss was discovered; or

(ii) Limit Of Insurance.

000 952

Copyright, Insurance Service Office, Inc., 1996
Copyright, The Surety Association of America, 1996

CR 10 00 04 97                                                    Page 3 of 4    ☐

(3) Loss of, or loss from damage to, "property other than money and securities" or loss from damage to the "premises" for not more than the:

  (a) Actual cash value of the property on the day the loss was discovered;

  (b) Cost of repairing the property or "premises"; or

  (c) Cost of replacing the property with property of like kind and quality.

    We may, at our option, pay the actual cash value of the property or repair or replace it.

    If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

b. We may, at our option, pay for loss of, or loss from damage to, property other than "money":

  (1) In the "money" of the country in which the loss occurred; or

  (2) In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

c. Any property that we pay for or replace becomes our property.

**C. General Definitions**

  1. "Employee" means:

    a. Any natural person:

      (1) While in your service (and for 30 days after termination of service); and

      (2) Whom you compensate directly by salary, wages or commissions; and

      (3) Whom you have the right to direct and control while performing services for you; or

    b. Any natural person who is furnished to you to:

  (1) Substitute for a permanent "employee" on leave; or

  (2) Meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises".

But "employee" does not mean any:

  (1) Agent, broker, person leased to you by a labor leasing firm, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

  (2) Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

2. "Money" means:

  a. Currency, coins and bank notes in current use and having a face value; and

  b. Travelers checks, register checks and money orders held for sale to the public.

3. "Property Other Than Money And Securities" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Crime Coverage Form as Property Not Covered.

4. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

  a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

  b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money".

Copyright , Insurance Service Office, Inc., 1996
Copyright, The Surety Association of America, 1996

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P 0 BOX 3010
LANCASTER, PA 17604-3010

SM 00 06 02 97

## SERVICE GUARD

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME COVERAGE FORM
CAUSE OF LOSS - SPECIAL FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The Building And Personal Property Coverage Form is amended as specified.

### A. COVERAGE

1. The first paragraph of item 1.b Your Business Personal Property is amended to read within 1,000 feet in lieu of within 100 feet of the described premises.

2. Item 1.c.(2) Personal Property of Others is amended to read within 1,000 feet in lieu of within 100 feet of the described premises.

3. Item 4.c. Fire Department Service Charge is amended to increase the coverage extension by $1,500 from $1,000 to $2,500.

4. The last paragraph of item 4.d. Pollutant Clean Up and Removal is amended to increase the most we will pay under this Additional Coverage by $15,000 from $10,000 to $25,000.

5. Item 5.a.(1)(b) Newly Acquired or Constructed Property is amended to increase the coverage extension by $250,000 from $250,000 to $500,000.

6. Item 5.a.(2) Newly Acquired or Constructed Property is amended to increase the coverage extension by $150,000 from $100,000 to $250,000.

7. The 30 day limit shown in 5.a.(3)(b) Newly Acquired or Constructed Property is replaced with a 60 day limit.

8. Item 5.b. Personal Effects and Property of Others is amended to increase the coverage extension by $2,500 from $2,500 to $5,000.

9. Item 5.c. Valuable Papers and Records - Cost of Research is amended to increase

the coverage extension by $7,500 from $2,500 t $10,000.

10. Item 5.d. Property Off -Promises is amended to delete exclusion (3) relating to property at any fair or exhibition.

11. Item 5.d. Property Off-Premises is amended to increase the coverage extension by $5,000 from $10,000 to $15,000.

12. Item 5.e. Outdoor Property is amended to increase the coverage extension by $4,000 from $1,000 to $5,000 and the limit for any one tre shrub or plant by $250 from $250 to $500.

13. Item 5.e. Outdoor Property is amended to include the perils of (6) Wind and (7) Hail as causes loss if they are Covered Causes of Loss.

14. The following items are added to A.5. Coverage Extensions.

    f. Arson Reward
       We will pay an arson reward of $2,500 for information which leads to an arson conviction for loss or damage covered by the policy. If the amount of loss or damage covered by this policy exceeds $25,000 we will pay an arson reward of $5,000 (in lieu $2,500) for information which leads to an arson conviction. These limits apply per occurrence regardless of the number persons providing information.

       These limits apply per occurrence regardless of the number of persons providing information which leads to an

arson conviction. These limits apply per occurrence regardless of the number of persons providing information.

g. Extra Expense

We will pay the actual and necessary Extra Expense you sustain due to direct physical loss or damage to property at the premises described in the Declarations including personal property in the open (or in a vehicle) within 1,000 feet, caused by, or resulting from a Covered Cause of Loss.

Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property;

1. to avoid or minimize the suspension of business and to continue "operations":

   (a) at the described premises; or

   (b) at replacement premises or at temporarily locations, including:

      (1) relocation expenses; and

      (2) the cost to equip and operate the replacement or temporary locations;

2 to minimize the suspension of business if you cannot continue "operations"; or

3. (a) to repair or replace any property; or

   (b) to research, replace, or restore the lost information on damaged valuable papers and records:

to the extent it reduces the amount of loss that otherwise would have been payable under this COVERAGE FORM.

The following definitions apply to this coverage extension.

1. "Operations" means the type of your business activities occurring at the described premises.

2. "Period of Restoration" means the period

of time that:

(a) begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(b) ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any law that regulates the construction, use or repair, or requires the tearing down of any property.

The expiration date of this policy will not cut short the "period of restoration."

The most we will pay for loss or damage under this extension is $10,000.

h. Fire Extinguisher Recharge

We will pay for your expense of recharging portable fire extinguishers used to fight a fire at the premises described in the Declarations or at an immediately adjacent premises which exposes your property to loss.

i. Accounts Receivable Coverage

We will pay all amounts due from your customers that you are unable to collect that result from any Covered Cause of Loss to your records of accounts receivable.

Determination of Receivables

1. If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

   (a) determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

   (b) adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or from any demonstrated variance from the average for that month.

2. The following will be deducted from the total amount of accounts receivable, however that amount is established:
   (a) the total amount of the accounts for which there is no loss;
   (b) the amount of the accounts that you are able to re-establish or collect; and
   (c) an amount to allow for probable bad debts that you are normally unable to collect.

Limit of Insurance - the most we will pay for loss in any one occurrence is $20,000.

j. **Computers and Software**
   You may extend this insurance to apply to owned computers and software which is used in your business that is temporarily off premises. This extension does not apply to Covered Property:
   (1) in or on a vehicle;
   (2) in the care, custody or control of your sales persons; or
   (3) at any fair or exhibition.

   The most we will pay for loss or damage under this extension is $10,000.

k. **Electronic Data Processing Equipment, Software, Data and Media**
   We will cover "electronic data processing equipment," "software," "data" and "media" for loss or damage caused by mechanical breakdown, malfunction, short circuit, blowout, electrical injury, magnetic injury or computer virus (including logic bombs, worms and Trojan horses).

   Coverage includes accidental erasure of data caused by electrical or magnetic injury.

   The cause of electrical damage must occur in your building or within 100 feet of it. We will not cover loss caused by any change in electrical power supply, such as interruption, power surge, or brown-out, unless caused by lightning, that originates more than 100 feet away from the building containing your data processing operations.

We do not cover:
1. "electronic data processing equipment" you rent or lease to others while away from the described premises;

2. "software" and "media" which cannot be replaced with other commercial available of the same kind and quality;

3. program support documentation such as flow charts, record formats or narrative descriptions unless they are converted to data-form and then only in that form;

4. loss caused by error or omission or deficiency in design, specifications, materials or workmanship, unless fire or explosion ensues, and then only for loss, damage or expense caused by the ensuing fire or explosion; or

5. loss caused by processing operations or loss that occurred while the insured property is being worked on unless fire or explosion ensue, and then only for loss, damage or expense caused by the ensuing fire or explosion.

The following definitions apply to this coverage extension.

"Electronic data processing equipment" means computers, terminals, teleprinters, readers, computerized cash registers, word processing equipment and parts related to the processing unit.

"Software" means commercially available programs used in the operation of computers. "Data" means words, numbers, drawings and other information preserved on media or computer drives, but does not include software.

"Media" means materials on which data is recorded including discs and tapes.

The most we will pay under the coverage extension is $10,000.

000 954

SM 00 06 02 97

1. Loss Data Preparation Costs
   We will pay up to $5,000 for reasonable costs you incur in preparing loss data required by policy conditions after a covered property loss. This includes the cost of taking inventory, making appraisals and preparing other data to determine the extent of your loss. We will not pay for the services of a public adjuster.

## C. LIMITS OF INSURANCE

1. The second paragraph is amended to increase the limit per sign in any one occurrence by $4,000 from $1,000 to $5,000.

The CAUSES OF LOSS - SPECIAL FORM is amended as specified.

## C. LIMITATIONS

1. Paragraph C. 2. is amended to replace the glass limits of $100 and $500 with limits of $500 and $2,500 respectively.
2. Paragraph C.4.d is amended by increasing the limit for stamps, tickets, including lottery tickets hold for sale, and letters of credit by $250 from $250 to $500.

## E. ADDITIONAL COVERAGE EXTENSIONS

3. Paragraph E.1.c is amended by increasing the limit for property in transit by $9,000 from $1,000 to $10,000.

4. Items 3, 4, and 5 are added:

   3. Water Back-up of Sewers and Drains
      We will pay for the loss or damage caused by or resulting from water that backs up from a sewer or drain. The most we will pay for a loss or damage under this extension is $10,000.

   4. Off-Premises Power Failure-Business Income
      (a) When the Business Income Coverage Form is attached to this policy we will cover loss or damage that you incur due to the interruption of "water supply service," "communication supply service" or "power supply service" to the described premises.

The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property, not on the described premises.

   (1) "Water supply service" means thefollowing types of property supplying water to the described premises:
       (a) pumping stations; and
       (b) water mains.
   (2) "Communication supply service" means property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:
       (a) communication transmission lines
       (b) coaxial cables; and
       (c) microwave radio relays except satellites.
   Communication supply service does not include overhead communication lines.
   (3) "Power supply service" means thefollowing types of property supplying electricity, steam or gas to the described premises:
       (a) util generating plants;
       (b) switchi stations;
       (c) substations;
       (d) transformers; and
       (e) transmission lines.

       Power supply service does not include overhead transmission lines.

   (b) We will pay for loss you sustain after the first 12 hours following the direct physical loss or damage to offpremises property which the endorsement applies.
   (c) The most we will pay under this extension is $2,500.

5. Employee Dishonesty We will pay for loss or damage caused by dishonesty or criminal act of your employees, whether acting alone or in collusion with others. A series of similar

SM 00 06 02 97

or related acts shall be considered one loss. The limit is not cumulative from year to year even if the acts take place over a period of years. We cover loss discovered during the policy, or within one year from the end of the policy period or expiration date of a prior bond covering the loss (but only if recovery cannot be made under the prior bond).

We do not cover loss where proof is dependent upon a profit and loss Inventory computation, but such may be used to support a claim which you otherwise prove. This insurance is automatically cancelled on any employee immediately upon discovery by you or your directors, officers, partners or trustees of such dishonesty or fraud by

the employee, whether or not you make claim or report such to us.

The most we will pay for loss or damage under this extension is $10,000.

The COMMERCIAL GENERAL LIABILITY COVERAGE FORM is amended as specified.

SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

Item 2. is amended to increase the amount for cost of bail bonds by $750 from $250 to $1,000.

Item 4. is amended to increase the limit for actual loss of earnings by $250 from $250 to $500 per day.

000 955
SM 00 06 02 97

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

IM-O1 13 (6/90)
COMMERCIAL INLAND MARINE

## EQUIPMENT COVERAGE FORM

Various provisions In this policy restrict coverage. Read the entire policy carefullyto determine rights, duties and what Is and Is not covered.

Throughout this policy, the words "You" and "your" refer to the Named Insured shown In the Declarations. The words "we", "us" and "our" refer to the Company provid- Ing this Insurance.

Other words and phrases that appear In quotation marks
have special meaning. Refer to Section H - DEFINI TIONS.

### A. ADDITIONAL CONDITIONS

The following conditions apply In addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:
We will pay for "loss" to Coverage Property from any of the Covered Causes of Loss.

#### 1. COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed In Exclusions.

#### 2. ADDITIONAL COVERAGE - COLLAPSE

We will payfor direct "loss" caused by or resulting
from risks of direct physical "loss" Involving collapse of all or part of a building or structure caused by one or more of the following:
a. Fire; lightning; windstorm; hall; explosion; smoke; aircraft; vehicles; riot; civil commotion;
vandalism, breakage of glass; falling objects; weight of snow, Ice or sleet; water damage; all only as covered In the coverage Form;
b. Hidden decay;
c. Widden Insect or vermin damage;
d. Weight of people or personal property;
e. Weight of rain that collects on a roof;
f. Use of defective materials or methods In con-. structlon, remodeling or renovation If the collapse occurs during the course of construction, remodeling or renovations.

This Additional Coverage does not Increase the Limits of Insurance provided In this Coverage Form.

### B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or Indirectly by any of the following. Such "loss" Is excluded regardless of any other cause or event that contributes concurrently or In any sequence to the "loss."
   a. GOVERNMENTAL ACTION
      Seizure or destruction of property by order of governmental authority.

      But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread If the fire would be covered under this Coverage Form,
   b. NUCLEAR HAZARD
      (I) Any weapon employing atomic fission or fusion; or
      (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire If the fire would be covered under this Coverage Form.

   c. WAR AND MILITARY ACTION
      (1) War, Including undeclared or civil war;
      (2) War like action by a milltaryforce, Including action In hindering or defending against an actual or expected attack, by any govern ment, sovereign or other authority using military personnel or other agents; or
      (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority In hindering or defending against any of these.

2. We will not pay for a "loss" caused by or resulting from any of the following:
   a.Theft from any unattended vehicle unless at the time of the theft its windows, doors and compartments were closed and locked, and there are visible signs that the theft was the result of a forced entry.

But this exclusion does not apply to property In the custody of a carrier for hire.

b. Dishonest acts by you, anyone else with an Interest In the property, your or their employees or authorized representatives or anyone entrusted with the property, whether or not acting alone or In collusion with other persons or occurring during the hours or

But this exclusion does not apply to a carrier for hire.

c. Unexplained disappearance.

d. Artificially generated current creating a short circuit or other electric disturbance within an article covered under this Coverage Form. But we will pay for direct loss" caused by resulting fire or explosion, If these causes of "loss" would be covered under this Coverage Form.

This exclusion only applies to "loss" to that article In which the disturbance occurs. Voluntary parting with any property by you or anyone entrusted with the property If Induced to do so by any fraudulent scheme, trick, device or false pretense.

f. Unauthorized Instructions to transfer property to any person or to any place.

g. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But If loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

h. Property that Is waterb orne, except by f Ire.

I. Property that Is located underground In cais sons, or under water.

j. Weight of load exceeding the registered listing or supporting capacity of any machine.

3. We will not pay for a "loss" caused by or resulting from any of the following. But If "loss" by a Covered Cause of Loss results, we will pay for that

a. Wear and tear, any quality In the property that causes it to damage or destroy itself, gradu deterioration; Insects, vermin or rodents.

b. Acts or decisions, Including the failure to act or decide, of any person, group, organization or governmental body.

c. Collapse except as provided In the additional Coverage -Collapse section of this Coverage Form.

C. **PROPERTY NOT COVERED**
Covered property does not Include:

a) Plans, blueprints, designs and specifications.

b) Aircraft and watercraft

c) Automobiles, motor trucks and conveyances designed for highway use.

D. **LIMITS OF INSURANCE.**
The most we will pay for "loss" In any one occurrence Is the applicable Limit of Insurance shown In the Declarations.

E **DEDUCTIBLE**
We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown In the Declarations. We will then pay the amount of the adjusted "loss" In excess of the deduct ible, up to the applicable Limit of Insurance.

F **COVERAGE TERRITORY**

We cover property wherever located within:

1. The United States of America;

2. Puerto Rico; and

3. Canada

G. **SPECIAL CONDITIONS**
It Is a condition of this Insurance that all Covered Property Is In sound condition at the time of attachment of this Insurance.

H. **DEFINITIONS**
"Loss" means accidental loss or damage.

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

COMMERCIAL INLAND MARINE

## ELECTRONIC DATA PROCESSING COVERAGE FORM

Various provisions In this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what Is and Is not covered. Throughout this policy, the words "you" and "your" refer to the Named Insured shown In the Declarations. The words "We," "us" and 'our" refer to the Company providing this Insurance.

Other words and phrases that appear In quotation marks have special meaning. Refer to Section H-DEFINITIONS.

### A. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

We will pay for "loss" to Coverage Property from any of the Covered Causes of Loss.

#### 1. COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSSI' to Covered Property except those causes of "loss" listed In the Exclusions.

#### 2. ADDITIONAL COVERAGE - COLLAPSE

We will pay for direct "loss" caused by or resulting from risks of direct physical "loss" Involving collapse of all or part of a building or structure caused by one or more of the following:

a. Fire; lightning; windstorm; hall; explosion; smoke; aircraft; vehicles; riot civil commotion; vandalism; breakage of glass; failing objects; weight of snow, ice or sleet; water damage; all only as covered In the Coverage Form;

b. Hidden decay;

c. Hidden Insect or vermin damage;

d. Weight of people or personal property;

e. Weight of rain that collects on a roof;

f. Use of defective materials or methods In construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

This Additional Coverage does not increase the Limits of Insurance provided In the Coverage Form.

### B. EXCLUSIONS

1. We will not pay for a 'loss" caused directly or Indirectly by any of the following. Such "loss" 16 excluded regardless of any other cause or event that contributes concurrently or In any sequence to the "loss."

a. EARTHQUAKE
   Earthquake.

But we will pay for direct "lose, caused by resulting fire In the fire would be covered under this Coverage Form.

This exclusion only applies to property at your premises.

b. GOVERNMENTAL ACTION
   Seizure or destruction of property by order of governmental authority.

   But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent Its spread I the fire would be covered under this Coverage Form.

c. NUCLEAR HAZARD
   (1) Any weapon employing atomic fission or fusion; or
   (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss' caused by resulting fire If the fire would be covered under this Coverage Form.

d. WAR AND MILITARY ACTION
   (1) War, Including undeclared or civil war;
   (2) Warlike action by a military force, Including action In hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel -or other agents; or
   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority In hindering or defending against any of these.

e. WATER
   Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not.
   But we will pay for direct "loss" caused by resulting fire, explosion or theft If these causes of "loss" would be covered under this Coverage Form.
   This exclusion only applies to property at your premises.

2. We will not pay for a 'loss!' caused by or resulting from any of the following:

a. Theft from any unattended vehicle unless at the time of theft its windows, doors and compartments were closed and locked and there are visible signs that the theft was the result of a forced entry.

IM-6618 (6/90)

But this exclusion does not apply to property In the custody of a carder for hire.

b. Marring; scratching; exposure to light; breakage of tubes, bulbs, lamps or articles made largely of glass (except lenses).

But we will pay for such "loss" caused directly by fire, lightning, explosion, windstorm, vandalism, aircraft, rioters, strikers, theft or attempted theft, or by accident to the vehicle carrying the property, If these causes of "loss" would be covered under this Coverage Form.

Delay, loss of market, loss of use or Interruption of business (except as provided in Coverage C, Sections C and D);

d. Unexplained disappearance. e. Shortage found upon taking Inventory.

f. Dishonest acts by you, anyone else with an Interest in the property, your or their employees or authorized representatives or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment. But this exclusion does not apply to a carrier for hire.

g. Processing or work upon the property. But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under this Coverage Form.

h. Artificially generated current creating a short circuit or other electric disturbance within an article covered under this Coverage Form.

But we will pay for direct 'loss!' caused by resulting fire or explosion, If these causes of "loss" would be covered under this Coverage Form. This exclusion only applies to "loss to that article In which the disturbance occurs.

i. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Unauthorized Instructions to transfer property to any person or to any place.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

a. Weather conditions. But this exclusion only applies If weather conditions contribute In anyway with a cause or event excluded In paragraph 1. above to produce the 'loss."

b. Acts or decisions, Including the failure to act or decide, of any person, group, organization or governmental body.

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance; of part or all of any property wherever located

d. Collapse except as provided In the Additional Coverage-Collapse section of this Coverage Form.

e. Wear and tear, any quality In the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation; mechanical breakdown; Insects, vermin, rodents; corrosion, rust, dampness, cold or heat.

C. LIMITS OF INSURANCE

The most we will pay for "loss" In any one occurrence Is the applicable Limit of Insurance shown In the Declarations.

D. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown In the Declarations. We will then pay the amount of the adjusted "loss" In excess of the Deductible, up to the applicable Limit of Insurance.

E. COVERAGE TERRITORY

We cover property wherever located within:

a. The United States of America;

b. Puerto Rico; and

c. Canada.

F. REMOVAL

Such Insurance as Is afforded by this form applies while the property Insured Is being removed to and while at place of safety because of Imminent danger of lose, damage or expense and while being returned from such place, provided the Insured gives written notice to this Company of such removal within ten days thereafter.

G. DEBRIS REMOVAL

This form covers expense Incurred In the removal of debris of property covered hereunder which may be occasioned by loss caused by any of the perils Insured against In this form. The total amount recoverable for both loss to property and debris removal expense shall not exceed the applicable Limit of Insurance specified in the applicable Schedule.

H. DEFINITIONS

"Loss" means accidental loss or damage.

IM-0618 (6/90)

## COVERAGE A
## ELECTRONIC DATA PROCESSING EQUIPMENT

1. **YOUR COVERED PROPERTY,** as used In this Coverage Form means:
   a. Electronic data processing equipment and com- ponent parts thereof (all as per schedule on file with this Company), the property of the Insured or the property of others leased, rented or under the control of the Insured and for which the Insured Is liable.

2. **PROPERTY NOT COVERED**
   Covered property does not Include:
   a. Data, meaning facts, concepts or Instruction con- verted to a form usable In data processing operations Including computer programs.
   b. Media, meaning materials on which data are recorded, such as magnetic tapes, disk packs, paper tapes and cards.
   c. Accounts, bills, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts, or other documents.
   d. Property rented or leased to others while away from the premises of the Insured.

3. **VALUATION**
   General condition E. Valuation In the Commercial Inland Marine Conditions Is replaced by the following: Valuation shall be based on one of the following clauses, as specified In the Schedule Section:
   a. Actual Cash Value
      The Company shall not be liable beyond the actual cash value of the property at the time any loss or damage occurs and the loss or damage shall be ascertained or estimated according to such actual value with proper deduction for depreciation, however caused, and shall In no event exceed what it would then cost to repair or replace the same with materials of like kind and quality, but In no event to exceed the limits of Insurance stated In the Schedule Section.
   b. Replacement Cost
      The Company shall not be liable beyond the actual retail replacement cost of the property, at the time any loss or damage occurs and the loss or damage shall be ascertained or estimated on the basis of the actual cash retail replacement cost of, property, similar In kind to that Insured, at the place of and Immediately preceding the time of such loss or damage, but In no event to exceed the limits of insurance stated In the Schedule Section.

4. **COINSURANCE**
   The Company shall be liable for no greater proportion of any loss or damage than the amount Insured hereunder bears to the percentage stated In the Schedule Section of the value of the property at the time such lose or damage shall occur. Such value shall be based on either Actual Cash

Value or Replacement cost as specified In the Schedule Section and described above.

5. **ADDITIONAL ACQUIRED PROPERTY**
   If during the policy period you acquire additional property of a type already covered by this form, we will cover such property for up to 30 days. The most we will pay In a "loss" Is the lesser of:
   a. 25% of the total Limit of Insurance shown In the Schedule Section for that type of property, or
   b. $100,000.
      You will report such property within 60 days from the date acquired and will pay any additional premium-due. If you do not report such property, coverage will cease automatically 60 days after the. date the property Is acquired. The Insured agrees to pay premium for such equipment from the date it is acquired. This coverage applies only at locations described In the schedule section of the policy.

6. **NEWLY ACQUIRED LOCATION**
   This form covers scheduled electronic data processing equipment that Is moved to a now location occupied by the Insured for an amount not exceed Ing $100,000 at any one location. The Insured agrees to report the moving of such equipment to a now location within 60 days or coverage for the equipment will end at that time.
   The premium may be adjusted If the rate at the now location Is different from the old. The transit limit states In the Schedule Section of this policy applies while the equipment Is In transit from one location to another.

## COVERAGE B
## ELECTRONIC DATA PROCESSING PROGRAMS,
## DATA AND MEDIA

1. **COVERED PROPERTY,** as used In this coverage form means:
   a. Data, computer programs and media, the property of the. Insured or the property of others for which the Insured may be liable, Data Is defined as facts concepts or Instructions converted to a form usable In data processing operations, Including computer programs. Media Is defined as materials on which data are recorded, such as magnetic tapes, disk packs, paper tapes and cards.

2. **PROPERTY NOT COVERED**
   Covered, property does not Include:
   a. Accounts, bills, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts or other documents except as they are converted to data form and then only In that form;
   b. Supportive documentation such as flow charts, record formats or narrative descriptions except as they are converted to data form and then only In that form;

000 958

c. Data or media which cannot be replaced with others of the same kind or quality unless Insured for a specific amount per Rem (as per Schedule on file with this Company).

## 3. PERILS EXCLUDED

In addition to the perils excluded In the Additional Conditions Section, this form does not Insure against loss, damage or expense caused by or resulting from:

a. Data processing media failure or breakdown or malfunction of the data processing system including equipment and component parts while said media is being run through the system, unless fire or explosion ensures and then only for the lose, damage or expense caused by such ensuing fire or explosion;

b. Electrical or magnetic Injury, disturbance or erasure of electronic recordings except by lightning. -

## 4. VALUATION

GENERAL CONDITION E. Valuation In the Commercial Inland Marine Conditions Is replaced by the following: The limits of the Company's liability for loss or damage shall not exceed the following:

a. As respects data specifically Insured, the value per item as shown In (1) Specified Data of the Schedule Section, which amounts are agreed to be the value of such data for the purpose of this Insurance;

b. As respects data not specified but Included In (2) of the Schedule Section, the actual cost to repair or replace the property with material of the same kind or quality.

## 5. DUPLICATE DATA

This form covers duplicate and backup data stored at locations other than those described In the Schedule Section of this policy for up to 10% of the combined data and media limits at the highest valued scheduled location but not to exceed $25,000 at any one storage location.

## COVERAGE C
## ELECTRONIC DATA PROCESSING EXTRA EXPENSE 1. SUBJECT OF INSURANCE

a. This form covers the necessary Extra Expense, as hereinafter defined, Incurred by the Insured In order to continue as nearly as practicable the normal operation of Its business as a direct result of loss or damage as covered under this policy to electronic data processing equipment and/or programs data and media (as defined In coverage A and B above) at a location listed In the Schedule Section of this policy.

b. In the event of such damage or destruction, this Company shall be liable for such necessary Extra Expense Incurred for only such length of time, hereinafter referred to as the "period of recovery', as would be required with the exercise of due diligence and dispatch to rebuild, repair or replace the Insured property, commencing with the date of damage or

destruction and not limited by the date of expiration of this policy.

## 2. DEFINITION OF EXTRA EXPENSE

The term "Extra Expense" wherever employed In this form Is defined as the excess (If any) of the total cost during the period of recovery of the operation of the business over and above the total cost of such operation that would normally have been Incurred during the same period had no loss occurred; the cost In each case to Include expense of using other property or facilities of other concerns or other necessary emergency expenses. In no event, however, shall this Company be liable for loss of profits or earnings resulting from diminution of business; or for expenditures Incurred In the purchase, construction, repair or replacement of any physical property unless Incurred for the purpose of reducing any loss under this form not exceeding, however, the same amount In which the loss is so reduced. Any salvage value of property so acquired which may be sold or utilized by the Insured upon resumption of normal operation, shall be taken Into consideration In adjustment of any loss hereunder.

## 3. DEFINITION OF NORMAL

The term "normal" wherever used In this contract shall mean: The condition that would have existed had no loss occurred.

## 4. LIMITS OF INSURANCE

The liability of the Company for any one month during the period of recovery shall not exceed the "limit per month" specified In the Schedule Section, and In no event shall the liability of the Company exceed the 'total limit" specified In the Schedule Section for the total period of recovery. If the loss Incurred during any one month does not exhaust the monthly limit of Insurance, such unexhausted Insurance shall apply to the remaining period of recovery.

## 5. EXTENSIONS OF COVERAGE

This form Is extended to Include actual loss as covered
hereunder:

a. Sustained during the period of recovery when, as a direct result of a peril Insured against:

(1) The premises In which the property is located is so damaged as to prevent access to such property;

(2) The air conditioning system or electrical system necessary for the operations of the data processing system Is so damaged as to reduce or suspend the Insured's ability to perform the operations normally performed by the data processing system;

b. During the length of time, not exceeding two consecutive weeks, when, as a direct result of damage to or destruction of property adjacent to the premises specified In the Schedule Section by the perils(s) Insured against, access to such

IM-0618 (6/90)

specified premises Is specifically prohibited by order of civil authority.

## 6. PERILS EXCLUDED

In addition to the perils excluded In the Additional Conditions Section, the Company shall not be liable for Extra Expense Incurred as a result of:

a. Any local or State ordinance or law regulating construction or repair of buildings;

b. The suspension, lapse or cancellation of any lease, license, contract or order,

c. Interferences at the premises described In the Schedule Section by strikers or other persons with the repairing or replacing of the property damaged or destroyed, or with the resumption or continuation of the Insured's occupancy.

## 7. RESUMPTION OF OPERATIONS

As soon as practicable after any loss, the Insured shall resume complete or partial business operations and, Insofar as practicable, reduce or dispense with such additional charges and expenses as are being

Incurred,

## COVERAGE D ELECTRONIC DATA PROCESSING LOSS OF INCOME

### 1. SUBJECT OF INSURANCE

This form covers Loss of Income during the period of recovery as defined below, directly resulting from necessary Interruption of the Insured's operations, caused by lose or damage as covered under this policy to electronic data processing equipment and/or programs data and media (as defined In Coverage A and 8 above) at a location listed In the Schedule Section of this policy.

### 2. BASIS OF LOSS PAYMENT

a. The measure of recovery shall be the Insured's loss of Income during the period of recovery, less charges and expenses which do not necessarily. cotinue during Interruption of operation, but not to exceed the actual loss sustained by the Insured resulting therefrom, not exceeding the limits of liability as specified In the Schedule Section. In determining los's of Income, due consideration shall be given to the experience before the date of damage or destruction and the probable experience thereafter had no loss occurred. cosideration shall also be given to the continuation of normal charges and expenses, Including payroll expense, to the extent necessary to resume operations with the same quality of service which existed Immediately preceding the loss.

b. Coverage applies to such expenses as are necessarily Incurred for the purpose of reducing loss of Income, not exceeding, however, the amount by which such loss under this policy Is thereby reduced.

### 3. LIMIT OF INSURANCE

The liability of the Company for any month during the period of recovery shall not exceed the "limit per month" specified In the Schedule Section, and In no event shall the liability of the Company exceed the "total limit" specified In the Schedule Section for the total period of recovery. If the loss Incurred during any one month does not exhaust the monthly limit of Insurance, such unexhausted Insurance shall apply to the remaining period of recovery.

### 4. RESUMPTION OF OPERATIONS

The Insured shall make every reasonable effort to resume complete or partial operations as soon as possible after a lose, and this shall include the use of substitute facilities and property where practicable.

### 5. EXTENSION OF COVERAGE

This form Is extended to Include actual loss as covered hereunder:

a. Sustained during the period of recovery when, as a direct result of a peril Insured against:

(1) The premises In which the property Is lo, cated Is so damaged as to prevent access to such property;

(2) The air conditioning system or electrical system necessary for the operations of the data processing system Is so damaged as to reduce or suspend the Insured's ability to perform the operations normally performed by the data processing system;

b. During the length of time, not exceeding two consecutive weeks, when, as a direct result of damage to or destruction of property adjacent to the premises specified In the Schedule Section by the peril(s) Insured against, access to such specified premises Is specifically prohibited by order of civil authority.

### 6. PERILS EXCLUDED

In addition to the perils excluded In the Additional Conditions Section the Company shall not be liable for Loss of Income Incurred as a result of:

a. Any local or State ordinance or law regulating construction or repair of buildings;

b The Suspension, lapse or cancellation of any lease, license, contract or order;

c. Interferences at the premises described In the Schedule Section by strikers or other persons with the repairing or replacing of the property damaged or destroyed, or with the resumption or continuation of the Insured's occupancy.

### 7. ADDITIONAL DEFINITIONS

a. INCOME. The Sum Of (a) total not sales value of production, (b) total not sales of merchandise and (c) other earnings derived from operations of the business. Less the cost of: (d) Raw stock from which production Is derived, (9) supplies consumed In conversion of raw to

finished stock or in supply services sold by the Insured; (f) merchandise sold, including packaging materials, and, (g) services purchased (from other than employees) for resale which do not continue under contract.

b. **PERIOD OF RECOVERY.** The length of time as would be required with the exercise of due diligence and dispatch to repair, or replace covered property which has been damaged or destroyed commencing with the date of such damage or destruction, but not limited by the termination of this endorsement.

c. **RAW STOCK** Material in the state in which the Insured receives it for conversion into finished stock.

d. **FINISHED STOCK.** Stock processed or manufactured by the Insured which in the ordinary course of the Insured's business is ready for packing, shipment or sale.

All other terms, conditions and occlusions of the policy not in conflict herewith remain unchanged.

IM-0618 (6/90)

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

000 960

Copyright, Insurance Services Office, Inc., 1998

INTERLINE
IL 00 21 04 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage:"

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any pro p- erty thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties;
   "Nuclear material" means "source material," "Special nuclear material" or "by-product material;"

000 961

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

(a) Any "nuclear reactor;"

(b) Any equipment or device designed or used for (1) seperating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1997

IL 00 21 04 98

INTERLINE
IL 02 37 04 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DELAWARE CHANGES – TERMINATION PROVISIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A. With respect to the:**

Farm Property-Farm Dwellings, Appurtenant Structures and Household Personal Property Coverage Form; and Commercial Property Coverage Part;

if the policy covers a building that contains no more than 4 dwelling units, one of which is the insured's principal place of residence, or covers the insured's household personal property in a residential building, the following applies:

1. Paragraph 2. of the CANCELLATION Common Policy Condition is replaced by the following:

   2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation along with the reasons for cancellation at least:

      a. 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

      b. 30 days before the effective date of cancellation if we cancel for any other reason.

   After coverage has been in effect for more than 60 days or after the effective date of a renewal of this policy, no notice of cancellation will be issued by us unless it is based on at least one of the following reasons:

   (1) Nonpayment of premium;

   (2) Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

   (3) Discovery of willful or reckless acts or omissions on your part that increase any hazard insured against;

   (4) The occurrence of a change in the risk that substantially increases any hazard insured against after insurance coverage has been issued or renewed;

   (5) A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any covered property or its occupancy that substantially increases any hazard insured against;

   (6) A determination by the Insurance Commissioner that the continuation of the policy would place us in violation of the Delaware insurance laws; or

   (7) Real property taxes owing on the insured property have been delinquent for two or more years and continue delinquent at the time notice of cancellation is issued.

2. The following Condition is added:

   **NONRENEWAL**

   a. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 30 days before the expiration date, or the anniversary date if this is a policy written for a term of more than one year or with no fixed expiration date.

   b. Any notice of nonrenewal will include the reason(s) for nonrenewal and will be mailed or delivered to the first Named Insured at the last mailing address known to us.

   c. If notice is mailed, proof of mailing will be sufficient proof of notice.

Hart Forms & Services
Reorder No. 14-M076

INTERLINE
IL 02 37 04 98

3. If CANCELLATION CHANGES CP 02 99 is attached to the Commercial Property Coverage Part, Paragraph E.2. of that form is replaced by the following:

　2. Pay property taxes that are owing and have been outstanding for more than two years following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

B. With respect to the:

COMMERCIAL GENERAL LIABLITY COVERAGE FORM;

| COMMERCIAL PROPERTY – | LEGAL LIABILITY COVERAGE FORM |
| COMMERCIAL PROPERTY – | MORTGAGE HOLDER'S ERRORS AND OMISSIONS COVERAGE FORM; |

EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE FORM;

FARM LIABILITY COVERAGE FORM;
LIQUOR LIABILITY COVERAGE FORM;
POLLUTION LIABILITY COVERAGE FORM;
PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM; and
PROFESSIONAL LIABILITY COVERAGE FORM;

the following Condition is added and supersedes any other condition to the contrary:

NONRENEWAL

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before the expiration date, or the anniversary date if this is a policy written for a term of more than one year or with no fixed expiration date.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us.

3. If notice of nonrenewal is mailed, it will be sent by certified mail.

IL 09 35 08 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

　1. The failure, malfunction or inadequacy of:

　　a. Any of the following, whether belonging to any insured or to others:

　　　(1) Computer hardware, including microprocessors;

　　　(2) Computer application software;

　　　(3) Computer operating systems and related software;

　　　(4) Computer networks;

　　　(5) Microprocessors (computer chips) not part of any computer system; or

　　　(6) Any other computerized or electronic equipment or components; or

　　b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

　　due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

　2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

　1. In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

　2. Under the Commercial Property Coverage Part:

　　a. In a "Specified Cause of Loss," or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

　　b. In a Covered Cause of Loss under the Causes of Loss - Basic Form or the Causes of Loss - Broad Form;

　we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss," elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

000 963

Copyright, Insurance Services Office, Inc., 1998

Hart Forms & Services
Reorder No. 14-G232

**OLD GUARD INSURANCE COMPANY**
201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

OG5068 (6/98)

# ACTUAL CASH VALUE

Actual Cash Value is defined and calculated as the amount it would cost to repair, replace, or reconstruct the covered property, whichever is less, at the time of loss with material of like kind and quality, subject to a deduction for condition, deterioration, depreciation, and obsolescence (both structural and functional); but, we may also give consideration for age, economic value, market value, original cost, use and other circumstances that may reasonably affect values. Actual cash value applies to the valuation of covered property regardless of whether that property has sustained partial or total loss or damage. The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

The amount of Extra Expenses incurred is $90,000

We will not pay more than $100,000 times 80% (the percentage applicable for a "period of restoration" of 31-60 days), or $80,000. The remaining $10,000 is not covered.

4. **Loss Determination**

   a. The amount of Extra Expense will be determined based on:

      (1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of "restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

         (a) The salvage value that remains of any property bought for temporary use during the "period of restoration," once "operations" are resumed; and

         (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

      (2) All necessary expenses that reduce the Extra Expense otherwise incurred.

   b. We will reduce the amount of your Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

   c. If you do not resume "operations," or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

5. **Loss Payment**

   We will pay for any loss within 30 days after we receive the proof of loss, if you have complied with all of the terms of this Coverage Part and:

   a. We reach agreement with you on the amount of loss; or

   b. An appraisal award has been made.

E. **DEFINITIONS**

   1. "Operations" means your business activities occurring at the described premises.

   2. "Period of Restoration" means the period of time that:

      a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

      b. Ends on the earlier of:

         (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

         (2) The date when business is resumed at a new permanent location.

      "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

      The expiration date of this policy will not cut short the "period of restoration."

   3. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

000 964

Copyright, ISO Commercial Risk Services, Inc., 1994

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

000 965

COMMERCIAL PROPERTY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CANCELLATION CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

The following is added to the CANCELLATION Common Policy Condition:

If any one of the following conditions exists at any building that is Covered Property in this policy, we may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least 5 days before the effective date of cancellation.

A. The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

1. Seasonal unoccupancy;

2. Buildings in the course of construction, renovation or addition; or

3. Buildings to which the Vacancy Permit endorsement applies.

Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

B. After damage by a covered cause of loss, permanent repairs to the building:

1. Have not started, and

2. Have not been contracted for,

within 30 days of initial payment of loss.

C. The building has:

1. An outstanding order to vacate;

2. An outstanding demolition order;

3. Been declared unsafe by governmental authority.

D. Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

E. Failure to:

1. Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

2. Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

Copyright, ISO Commercial Risk Services, Inc., 1984

# OLD GUARD
## INSURANCE
A member of Westfield Group℠

# COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

This policy has been issued in reliance upon the statements in the Declarations and in the application submitted for this insurance. Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION II—WHO IS AN INSURED.

Words and phrases in this policy that appear in quotation marks have special meanings. Refer to SECTION V—DEFINITIONS when such meanings are not defined when used.

## SECTION I — COVERAGE A AND COVERAGE B

COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY.

COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

We will pay on behalf of the insured the "ultimate net loss" in excess of the "applicable underlying limit" which the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies caused by an "occurrence" happening anywhere in the world.

### 2. Exclusions

This insurance does not apply to:

a. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. Any obligation imposed by law under any automobile no-fault, uninsured motorist, underinsured motorist, workers compensation, disability benefits or unemployment compensation law or any similar law.

c. Any liability arising from discrimination:

   (1) Suffered or allegedly suffered by employees or former employees of an insured or applicants for employment by an insured, or

   (2) Due to unfair trade practices.

d. "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

e. Any violation or alleged violation of the Employee Retirement Income Security Act of 1974 or any amendment or addition thereto or similar provisions of any federal, state or local law.

f. "Bodily injury", "property damage", "personal injury" or "advertising injury" for which the insured assumed liability under a contract or agreement if the damage or injury occurred prior to the effective date of the contract or agreement.

g. "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto", or watercraft owned or operated by or rented or loaned to any insured. — Use includes operation and "loading or unloading".

This exclusion does not apply to:

   (1) A watercraft while ashore on premises you own or rent;

   (2) A watercraft you do not own that is:
      (a) Less than 26 feet long; and
      (b) Not being used to carry persons or property for a charge;

   (3) Parking an "auto" on, or on the ways next to premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured.

h. "Advertising injury" arising out of:

   (1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

   (2) The failure of goods, products or services to conform with advertised quality of performance;

   (3) The wrong description of the price of goods, products or services; or

   (4) An "offense" committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

i. "Personal injury" or "advertising injury":

   (1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

   (2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period. All "personal injury" or "advertising injury" arising out of publication of the same or similar material subsequent to the beginning of the policy period is also excluded;

   (3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

   (4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

j. "Property damage" to property:

   (1) Owned or occupied by or rented to an insured,

   (2) Used by an insured, or

   (3) In the care, custody or control of an insured or as to which an insured is for any purpose exercising physical control.

k. "Property damage" to "your product" arising out of it or any part of it.

l. "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

000 967

m. "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work", or

(3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. "Bodily injury", "personal injury" or "property damage" arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants.

We shall have no obligation under this policy:

(1) To investigate, settle or defend any claim or suit against any insured alleging actual or threatened injury or damage of any nature or kind to persons or property which arises out of or would not have occurred but for the "pollution hazard"; or

(2) To pay any damages, judgements, settlements, loss, costs or expenses that may be awarded or incurred by reason of any such claim or suit or any such injury or damage, or in complying with any action authorized by law and relating to such injury or damage.

As used in this exclusion:

"Pollution hazard" means an actual exposure or threat of exposure to the corrosive, toxic or other harmful properties of any solid, liquid, gaseous or thermal pollutants, contaminants, irritants or toxic substances, including smoke, vapors, soot, fumes, acids or alkalis, and waste materials consisting of or containing any of the foregoing.

p. "Bodily injury", "personal injury" or "property damage" arising out of the "asbestos hazard".

We shall have no obligation under this policy:

(1) To investigate, settle or defend any claim or suit against any insured alleging actual or threatened injury or damage of any nature or kind to persons or property which arises out of or would not have occurred but for the "asbestos hazard"; or

(2) To pay, contribute to or indemnify another for any damages, judgements, settlements, loss, costs or expenses that may be awarded or incurred by reason of any such claim or suit or any injury or damage, or in complying with any action authorized by law and relating to such injury or damage.

As used in this exclusion:

"Asbestos hazard" means

(1) An actual exposure or threat of exposure to the harmful properties of "asbestos", or

(2) The presence of "asbestos" in any place, whether or not within a building or structure.

"Asbestos" means the mineral in any form, including but not limited to fibers or dust.

q. Any obligation to reimburse an insurer as provided by the terms of the "Endorsement For Motor Carrier Policies of Insurance For Public Liability Under Sections 29 and 30 of the Motor Carrier Act of 1980" or under the terms of a similar endorsement required by federal or state statute.

r. "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing of alcoholic beverages.

s. Injury, sickness, disease, death or destruction:

(1) With respect to which an insured under this policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (i) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (ii) the insured is, or had this policy not been issued, would be entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization; or

(3) Resulting from the "hazardous properties" of "nuclear material", if (i) the "nuclear material" is at any "nuclear facility" owned by, or operated by or on behalf of an insured or has been discharged or dispersed therefrom; (ii) the "nuclear material" if contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf on an insured; or (iii) the injury, sickness, disease, death or destruction arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such a facility is located within the United States of America, its territories or possessions or Canada, this exclusion (s.3iii) applies only to injury to or destruction of property at such "nuclear facility".

As used in or applicable to this exclusion, the following are defined terms having special meaning:

"Hazardous properties" include radioactive, toxic or explosive properties;

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear facility"

"Waste" means any waste material (a) containing "byproduct material", and (b) resulting from the operation by any person or organization of any "nuclear facility" included under paragraph (a) or (b) of the definition of "nuclear facility".

"Nuclear facility" means:

(1) Any "nuclear reactor";

(2) Any equipment or device designed or used for

(1) separating the isotopes of uranium or plutonium,

(2) processing or utilizing "spent fuel", or

(3) handling, processing or packaging "waste".

(3) Any equipment or device used for processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(4) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

With respect to injury to or destruction of property the word "injury" or "destruction" includes all forms of radioactive contamination of property.

3. Defense of Claims or Suits

a. We will have no duty to defend any claim or "suit" that any other insurer has a duty to defend. If we elect to join in the defense of such a claim or "suit", we will pay all expenses we incur.

b. We will have the right and duty to defend any "suit" for damages which are payable under Coverages A or B (including damages payable wholly or partly within the "retained limit") but which are not payable by a policy of "underlying insurance", or any other available insurance, because:

(1) Such damages are not covered; or

(2) The "underlying insurance" has been exhausted by the payment of claims.

c. We may investigate and settle any claim or "suit" in b. above at our discretion.

d. Our right and duty in b. above end when we have used up the "applicable limit of insurance" in the payment of judgements or settlements.

e. We will pay, with respect to any claim or "suit" we defend in b. above:

(1) All expenses we incur.

(2) The cost of appeal bonds and bonds to release attachments, but only for bond amounts within the "applicable limit of insurance". We do not have to furnish these bonds.

(3) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work.

(4) All costs taxed against the insured in the "suit".

(5) Pre-judgement interest awarded against the insured on that part of the judgement we pay. If we make an offer to pay the "applicable limit of insurance", we will not pay any pre-judgement interest based on that period of time after the offer.

(6) All interest on the full amount of any judgement that accrues after entry of the judgement and before we have:

(a) paid, or offered to pay; or

(b) deposited in court;

the part of the judgement that is within the "applicable limit of insurance".

These payments will not reduce the limits of insurance.

In any jurisdiction outside the United States of America (including its territories and possessions), Puerto Rico or Canada where we may be prevented by law or otherwise from carrying out this agreement:

1. You must arrange to investigate, defend or settle any claim or "suit".

2. You will not make any settlement without our consent.

3. We will pay expenses incurred with our consent.

SECTION II — WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. An organization other than a partnership or joint venture, you are an insured.

2. Each of the following is also an insured:

a. As respects the "auto hazard":

(1) Anyone using an "auto" you own, hire or borrow including any person or organization legally responsible for such use provided it is with your permission; and

(2) Any of your executive officers, directors, partners, employees or stockholders, operating an "auto" you do not own, hire or borrow while it is being used in your business.

None of the following is an insured under (1) or (2) above:

(1) Any person employed by or engaged in the duties of an auto sales agency, repair shop, service station, storage garage or public parking place that you do not operate;

(2) The owner or lessee of an "auto" hired by or for you or loaned to you, and any agency or employee of such owner or lessee.

000 968

b. As respects aircraft:

Anyone using an aircraft chartered with crew by you or on your behalf and anyone legally responsible for its use except:

   (1) The owner or crew of the aircraft or any person operating such aircraft;

   (2) Any manufacturer of the aircraft or any of its parts;

   (3) Any sales, service or repair company;

   (4) Any airport or hangar operator; or any employee of (2), (3) or (4).

c. Except as respects aircraft and the "auto hazard":

   (1) Your executive officers, employees, directors or stockholders while acting within the scope of their duties; and

   (2) Any person or organization while acting as real estate manager for you.

d. Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will be deemed to be a Named Insured. However, coverage does not apply:

   (1) For a period greater than 90 days from the date of such acquisition or formulation or the end of the policy period, whichever is earlier;

   (2) To "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   (3) "Personal injury" or "advertising injury" arising out of an "offense" committed before you acquired or formed the organization.

e. Any person or organization having proper temporary custody of your property if you die, but only:

   (1) With respect to liability arising out of the maintenance or use of that property; and

   (2) Until your legal representative has been appointed.

f. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this insurance.

g. Any person or organization for whom you agreed in writing to provide this insurance for operations you perform or facilities you own or use. This insurance is subject to your "applicable underlying limits" for such operations or facilities.

h. Any other person or organization insured under any policy of the "underlying insurance". This grant is subject to all the limitations upon coverage under such policy other than the limits of the "underlying insurer's" liability.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

No person is an insured as respects "bodily injury" to a fellow employee unless insurance for such liability is afforded by the "underlying insurance".

## SECTION III — LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damage because of injury and damage included in the "product-completed operations hazard".

3. The General Aggregate Limit is the most we will pay for damages under Coverage A and Coverage B, except:

   a. Damages because of injury and damage included in the "products-completed operations hazard"; and

   b. Damages because of injury and damage included in the "auto hazard".

4. Subject to 3 above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of damages under Coverage A because of all "bodily injury" and "property damage" arising out of any one "occurrence".

To determine the limit of our liability, all "bodily injury" and "property damage" arising out of continuous or repeated exposure to the same general conditions shall be considered one "occurrence".

The limits of this insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months. The policy period begins with the effective date shown in the Declarations. If the policy period is extended after issuance for an additional period of less than 12 months the additional period will be deemed part of the last preceding period.

## SECTION IV — CONDITIONS

1. APPEALS

   a. If the insured or the insured's "underlying insurer" elects not to appeal a judgement which exceeds the "applicable underlying limit", we may do so.

   b. If we do, we will pay all costs of the appeal. We will also pay all costs on appeals related to the defense of the insured as provided in SECTION I item 3. Defense of Claims or Suits. These sums are in addition to the "applicable limit of insurance". In no event will liability for "ultimate net loss" exceed the "applicable limit of insurance".

2. BANKRUPTCY

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this insurance.

3. CANCELLATION

   a. The first Named Insured may cancel this insurance by mailing or delivering to us advance written notice of cancellation.

   b. We may cancel this insurance by mailing or delivering to the first Named Insured written notice of cancellation at least:

      (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      (2) 30 days before the effective date of cancellation if we cancel for any other reason.

   c. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

   d. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

e. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, or if the first Named Insured cancels, the refund will be pro rata. The cancellation will be effective even if we have not made or offered a refund.

f. If notice is mailed, proof of mailing will be sufficient proof of notice.

## 4. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. No change can be made in the terms of this insurance except with our consent. The terms of this insurance can be amended or waived only by endorsement issued by us and made a part of this insurance.

## 5. DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE, CLAIM OR SUIT

a. You must see to it that we are notified promptly of an "occurrence" or an "offense" which may result in a claim under this insurance. Notice should include:

   (1) How, when and where the "occurrence" or "offense" took place;

   (2) The name and address of any injured persons or witnesses; and

   (3) The nature and location of any injury or damage arising out of the "occurrence".

b. If a claim is made or "suit" is brought against any insured which may result in a claim against this insurance, you must see to it that we receive prompt written notice of the claim or "suit".

c. The insured must:

   (1) Cooperate with the "underlying insurers";

   (2) Comply with the terms of the "underlying insurance"; and

   (3) Pursue all rights of contribution or indemnity against any person or organization who may be liable to the insured because of "bodily injury", "property damage", "personal injury" or "advertising injury" with respect to which insurance is provided under this or any policy of "underlying insurance".

d. When we believe that a claim may exceed the "underlying insurance", we may join with the insured and the "underlying insurer" in the investigation, settlement and defense of all claims and "suits" in connection with such "occurrence" or "offense". In such event, the insured must cooperate with us.

## 6. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this insurance:

a. At any time during the policy period;

b. Up to three years afterward; or

c. Within one year after final settlement of all claims under this insurance.

## 7. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

a. Make inspections and surveys at any time;

b. Give you reports on the conditions we find; and

c. Recommend changes.

Any inspections, surveys, reports or recommendations are related only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. We do not warrant that conditions:

a. Are safe or healthful; or

b. Comply with laws, regulations, codes or standards.

## 8. LEGAL ACTION AGAINST US

No person or organization has a right under this insurance:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this insurance unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an "agreed settlement" or on a final judgement against an insured obtained after an actual trial. We will not be liable for damages that:

a. Are not payable under the terms of this insurance; or

b. Are in excess of the "applicable limit of insurance".

An "agreed settlement" means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

## 9. MAINTENANCE OF UNDERLYING INSURANCE

The insurance afforded by each policy listed in the Schedule of Underlying Insurance in the Declarations will be maintained for the full term of this insurance. This provision will not apply to the reduction of the aggregate limit or limits due to payment of claims for "bodily injury", "personal injury", "property damage" or "advertising injury". As these policies expire, you will renew them at limits at least equal to the expiring limits of insurance.

If you fail to comply with the above, this insurance is not invalidated. However, in the event of a loss, we will pay only to the extent that we would have paid had you so complied.

You must give us a written notice of any change in the "underlying insurance" as respects:

a. Coverage;

b. Limits of insurance;

c. Termination of any coverage; or

d. Exhaustion of aggregate limits.

## 10. OTHER INSURANCE

This insurance is excess over any other valid and collectible insurance whether such other insurance is stated to be primary, contributing, excess, contingent or otherwise. This provision does not apply to a policy bought specifically to apply in excess of this insurance.

## 11. OUR RIGHT TO RECOVER FROM OTHERS

If we make a payment under this insurance, the insured will assist us and the "underlying insurer" in recovering what we paid by using the insured's right of recovery. Reimbursement will be made in the following order:

a. First, to any interest (including the insured) who has paid any amount in excess of the limits of this insurance;

b. Next, to us; and

c. Then to any interest (including the insured and the "underlying insurer") as are entitled to claim the remainder, if any.

A different order may apply if agreed upon by all interests. Expenses incurred in the process of recovery will be divided among all interests according to the ratio of their respective recoveries.

## 12. PREMIUM

The first Named Insured is responsible for the payment of all premiums and will be the payee for any return premium.

## 13. PREMIUM AUDIT

When this insurance is written on an adjustable premium basis the following items apply:

a. You must keep records of the information we need for premium computation, and send us copies at such times as we may request.

b. At the close of each audit period we will compute the earned premium for that period.

c. Audit premiums are due and payable on notice to the first Named Insured.

## 14. REPRESENTATION

By accepting this insurance you agree:

a. The statements in the Declarations and any subsequent notice relating to "underlying insurance" are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this insurance in reliance upon your representation.

## 15. SEPARATION OF INSUREDS

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned to you in this insurance, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

## 16. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS INSURANCE

Your rights and duties under this insurance may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

## SECTION V — DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following "offenses":

a. Oral or written publication of material that slanders or libels a person or organization's goods, products or services;

b. Oral or written publication of material that violates a person's right of privacy;

c. Misappropriation of advertising ideas or style of doing business; or

d. Infringement of copyright, title or slogan;

committed during the policy period.

Such "offenses" must be committed in the course of advertising your goods or products.

2. "Applicable limit of insurance" means the maximum amount we will pay as damages in accordance with SECTION III — LIMITS OF INSURANCE.

3. "Applicable underlying limit" means:

a. If the policies of "underlying insurance" apply to the "occurrence" or "offense", the greater of:

(1) The amount of insurance stated in the policies of "underlying insurance" in the Declarations or any other available insurance less the amount by which any aggregate limit so stated has been reduced solely due to payment of claims; or

(2) The "retained limit" shown in the Declarations; or

b. If the policies of "underlying insurance" do not apply to the "occurrence" or "offense", the amount stated in the Declarations as the "retained limit".

The limits of insurance in any policy of "underlying insurance" will apply even if:

a. The "underlying insurer" claims the insured failed to comply with any condition of the policy; or

b. The "underlying insurer" becomes bankrupt or insolvent.

4. "Auto" means a land motor vehicle, trailer or semi-trailer.

5. "Auto hazard" means all "bodily injury" and "property damage" for which liability insurance is afforded under the terms, other than limits of insurance, of the auto policy of "underlying insurance".

6. "Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at any time, which occurs during the policy period.

7. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

8. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

9. "Offense" means any of the offenses listed in the definition of "personal injury" or "advertising injury".

10. "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy; or

f. Discrimination because of race, religion, age, sex or physical disability. This does not apply:

(1) To "offenses" committed by or at the direction of the insured; or

(2) If insurance for such "offense" is prohibited by law

if committed during the policy period.

Such "offenses" must arise out of the conduct of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you.

11. a. "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned.

b. "Your work" will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

12. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

13. "Retained limit" is the sum stated in the Declarations as such. If the policies of "underlying insurance" do not apply to the "occurrence" or "offense", the insured shall retain this amount as self insurance with respect to:

a. "Bodily injury" or "property damage" caused by each "occurrence"; or

b. "Personal injury" or "advertising injury" sustained by any one person or organization and caused by an "offense".

14. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages to which you must submit with consent.

a. An arbitration proceeding in which such damages are claimed and to which you must submit to do submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

15. "Ultimate net loss" means the sum actually paid or payable due to a claim for which the insured is liable either by a settlement to which we agreed or a final judgement. Such sum will include proper adjustments for recoveries salvage.

16. "Underlying insurance" means the policies listed in the Schedule of Underlying Insurance and includes:

a. Any renewal or replacement of such policies; and

b. Any other insurance available to the insured.

17. "Underlying insurer" means any insurer which provides a policy listed in the Schedule of Underlying Insurance or any other insurance available to the insured.

18. "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under name; or

(3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product;" and

(2) The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

19. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work;" and

(2) The providing of or failure to provide warnings or instructions.