IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC., AND TRANSCONTINENTAL INSURANCE COMPANY AS SUBROGEE OF BADALAMENT, INC. | :<br>:<br>:<br>: |
| Plaintiff, | : C. A. No. 05-035<br>: |
| v. | :<br>: JURY TRIAL DEMANDED |
| DAYSTAR SILLS, INC., ECLIPSE ERECTORS AND NUCOR BUILDING SYSTEMS | :<br>:<br>: |
| Defendants, | :<br>: |
| and | : |
| NUCOR BUILDING SYSTEMS. | :<br>: |
| Defendant/Third Party Plaintiff, | : |
| v. | :<br>: |
| WESTFIELD INSURANCE GROUP, | :<br>: |
| Third Party Defendant. | : |

**DEFENDANT NUCOR BUILDING SYSTEMS
AUTOMATIC DISCLOSURES PURSUANT TO FED.R.CIV.P. 26**

I.   WITNESSES: The identity of all persons with pertinent information respecting claims, defenses and damages:

At this time, Defendant Nucor Building Systems identifies the following individuals as those who may have information with respect to claims asserted in the Answer and Thirs Party Complaint, defenses and damages:

1. Greg Cole, Nucor employee;

2. Allen Behr, P.E., Nucor employee;

3. David Sills, Owner, Daystar Sills;

4. Tom Harvey, owner of HDC;

5. John Schelsman, Claims Representative for SRS, defendants third party administrator;

6. Jeff White, Nucor Customer Service Representative;

7. Matt Marks, Nucor employee;

8. Ed Aller, P.E., Nucor employee;

9. Janice Bullock, Nucor employee;

10. Bob Hasten, Nucor employee;

11. Rich Huber, Nucor employee;

12. Tony Norris, Nucor employee;

13. Ray Napolitan, Nucor employee;

14. Jeff Carmean, General manager Nucor South Carolina;

15. Scott Russell, P.E., Nucor employee;

16. Mr. Mitchell, VP, Daystar Sills;

17. Dan MacDonald, Daystar employee;

18. Thad Kush, Daystar employee;

19. Susan Trolo, Daystar employee;

20. Jeffrey Andrews, Daystar employee;

21. Richard McCoy, Daystar/Eclipse employee;

22. Brad Mirhezl, Daystar employee;

23. Ronna Lancaster, Daystar employee;

24. Dale Bracken (Brachin), Daystar employee;

25. Matthew Emmons, Daystar employee;

26. Alfred (Bill) Schoeffler, Eclipse employee;

27. Sheila Ross, Eclipse employee; and

28. Richard Plumsky, Daystar Operations Manager.

Answering defendant reserves the right to supplement this list of persons with knowledge as discovery progresses.

II. Documents: A general description of all documents in the custody and control of the parties bearing significantly on claims and defenses:

1. Deposition of Allen Behr; (produced)

2. Deposition of Greg Cole; (produced)

3. Deposition of David Sills; (produced)

4. Nucor's answers to interrogatories and responses to requests for production in the <u>Fibre v. Nucor et., al</u>, case; (produced)

5. Photographs of the HDC collapse; (produced)

6. Design calculations; (produced)

7. Quality service report; (produced)

8. Building Order Sheet; (produced)

9. Building erection plans; (produced)

10. Snow load measurements taken at the site of the collapse.

All of the above documents will be made available for inspection and copying upon request.

III. Documents: A general description of the documents relied upon by the parties in preparing the pleadings or documents that are expected to be used in supprt of allegations:

See above.

IV. Insurance.

Defendant will provide a copy of the insurance policy issued to defendant during the relevant periods of time, upon request.

          **BIFFERATO, GENTILOTTI & BIDEN**

By: _/s/ George T. Lees III_
George T. Lees III (Del. ID #3647)
David A. Denham (Del. ID #4240)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
Attorney for Defendant Nucor Building Systems