IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC., AND TRANSCONTINENTAL INSURANCE COMPANY AS SUBROGEE OF BADALAMENT, INC. | : : : : |
| Plaintiff, | : C. A. No. 05-035 : : |
| v. | : : JURY TRIAL DEMANDED |
| DAYSTAR SILLS, INC., ECLIPSE ERECTORS AND NUCOR BUILDING SYSTEMS | : : : : |
| Defendants, | : : |
| and | : : |
| NUCOR BUILDING SYSTEMS. | : : |
| Defendant/Third Party Plaintiff, | : : |
| v. | : : : |
| WESTFIELD INSURANCE GROUP, | : : |
| Third Party Defendant. | : |

## CERTIFICATE OF SERVICE

I, George T. Lees, III, attorney for Defendant Nucor Building Systems,, hereby certify that on April 26, 2005, two copies of **DEFENDANT NUCOR BUILDING SYSTEMS AUTOMATIC DISCLOSURES PURSUANT TO FED.R.CIV.P. 26** were served via US Mail upon:

| | |
|---|---|
| Sean Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>Attorney for Plaintiffs | Michael I. Silverman, Esquire<br>Silverman, McDonald & Friedman<br>1010 North Bancroft Parkway<br>Suite 22<br>Wilmington, DE 19805<br>Attorney for Defendant Daystar Sills |
| Justin Wineburgh, Esquire<br>Cozen O'Connor<br>The Atrium, 3rd Floor<br>Philadelphia, PA 19103<br>Attorney for Plaintiffs | R. Stokes Nolte, Esquire<br>1010 N. Bancroft Parkway<br>Suite 21<br>Wilmington, DE 19805<br>Attorney for Defendant Eclipse |

**BIFFERATO, GENTILOTTI & BIDEN**

By: _____
George T. Lees, III (Del. ID #3647)
David A. Denham (Del. ID #4240)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
Attorney for Defendant Nucor Building Systems