⸫AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

| | |
|---|---|
| PLAINTIFF   Badalament, Inc. and Transcontinental Insurance Company a/s/o Badalament, Inc. | |
| V DEFENDANT AND THIRD PARTY PLAINTIFF   Daystar Sills, Inc. Eclipse Erectors and Nucor Building Systems, | **THIRD PARTY SUMMONS IN A CIVIL ACTION**  Case Number:  05-035 GMS |

V THIRD PARTY DEFENDANT
   Westfield Insurance Group,

To: Name and address of Third Party Defendant

   Westfield Insurance Group
   c/o Insurance Commissioner
   841 Silver Lake Boulevard
   Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Sean Bellow, Esquire<br>1201 N. Market St., Suite 1400<br>Wilmington, DE  19801 | George T. Lees, III, Esq.     R. Stokes Nolte, Esq.<br>1308 Delaware Ave.            1010 N. Bancroft Pkwy.<br>Wilmington, DE  19806         Suite 21<br>Michael J. Silverman, Esq.   Wilmington, DE  19805<br>1010 N. Bancroft Parkway, Suite 22<br>Wilmington, DE  19805<br>Justin Wineburgh, Esq.<br>The Atrium, 3rd Floor<br>Philadelphia, PA  19103 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, _unless_ (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, _and_ (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                    APR 27 2005

CLERK _Evette Watson_                               DATE
(By) DEPUTY CLERK

⸫AO 441 (Rev. 8/01) Third Party Summons in a Civil Action