AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>May 2, 2005 at 1:55 p.m. |
| NAME OF SERVER (PRINT)<br>Anita Crowley | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Westfield Insurance Group was effectuated by personally serving Elizabeth Riddock as the Business Agent who is duly authorized to accept service. Service was made at 841 Silver Lake Boulevard, Dover, Delaware, 19901.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on   May 2, 2005
                    Date

Signature of Server

2000 Pennsylvania Avenue, Suite 207, Wilmington, DE
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure