# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

BADALAMENT, INC.                        :
                                        :    C.A. No.  05-035
and                                     :
                                        :
TRANSCONTINENTAL INSURANCE              :
COMPANY, as Subrogee of                 :
BADALAMENT, INC.,                       :
                                        :
            Plaintiffs,                 :
                                        :
        v.                              :
                                        :    JURY TRIAL OF
DAYSTAR SILLS, INC.,                    :    TWELVE DEMANDED
                                        :
and                                     :
                                        :
ECLIPSE ERECTORS,                       :
                                        :
and                                     :
                                        :
NUCOR BUILDING SYSTEMS,                 :
                                        :
            Defendants.                 :

## DEFENDANT, DAYSTAR SILLS, INC.'S ANSWER TO COMPLAINT

## THE PARTIES

1.    Admitted.

2.    Admitted.

3.    Admitted.

4.    Admitted.

5.    Admitted.

## JURISDICTION AND VENUE

6.    Answering Defendant lacks sufficient information to admit or deny the allegation

contained in Paragraph 6.

7.    Admitted.

## GENERAL ALLEGATIONS

8.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 8.

9.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 9.

10.   Admitted.

11.   Admitted.

12.   Admitted.

13.   Admitted.

14.   Admitted.

15.   Admitted.

16.   Admitted.

17.   Admitted.

18.   Denied.

19.   Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 19.

20.   Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 20.

21.   Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 21.

22.   Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 22.

## COUNT I - NEGLIGENCE
### PLAINTIFFS V. ALL DEFENDANTS

23.    No answer required.

24.    (a) - (z)  Denied.

25.    Denied.

26.    Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 26.

27.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 27.

28.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 28.

## COUNT II - BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES
### PLAINTIFF v. ALL DEFENDANTS

29.    No answer required.

30.    Admitted.

31.    Denied.

32.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 32.

33.    Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 33.

34.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 34.

## COUNT III - BREACH OF CONTRACT
### PLAINTIFF V. ALL DEFENDANTS

35.    No answer required.

36.    Admitted.

37.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 37.

38.    Denied.

39.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 39.

40.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 40.

41.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 41.

## COUNT IV - STRICT PRODUCTS LIABILITY
## PLAINTIFF V. ALL DEFENDANTS

42.    No answer required.

43.    Denied.

44.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 44.

45.    Denied.

46.    Denied.

47.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 47.

48.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 48.

49.    Answering Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 49

## FIRST AFFIRMATIVE DEFENSE

Answering Defendant was not negligent.

## SECOND AFFIRMATIVE DEFENSE

Answering Defendant denies that they are liable, in any respect, to the plaintiff, to the

extent that answering Defendant is liable, in any respect, to the plaintiff then they are only

secondarily liable.  Therefore, Answering Defendant, Daystar Sills, Incorporated seeks

contribution and/or indemnification from Co-Defendants, Elipse Erectors and Nucor Building

Systems.


## THIRD AFFIRMATIVE DEFENSE

The Building Collapse was caused in whole or in part by an unforeseen act of nature.



WHEREFORE, Answering Defendant respectfully requests that the Court dismiss the

complaint and award Answering their costs and reasonable attorneys' fees incurred in responding

to the complaint, together with such further relief as the Court may deem just and proper.



/s/ MICHAEL I. SILVERMAN
MICHAEL I. SILVERMAN
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Defendant
Daystar Sills, Incorporated
I.D. NO.: 3034

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BADALAMENT, INC. | : | |
| | : | C.A. No.  05-035 |
| and | : | |
| | : | |
| TRANSCONTINENTAL INSURANCE | : | |
| COMPANY, as Subrogee of | : | |
| BADALAMENT, INC., | : | |
| | : | |
|       Plaintiffs, | : | |
| | : | |
|   v. | : | |
| | : | JURY TRIAL OF |
| DAYSTAR SILLS, INC., | : | TWELVE DEMANDED |
| | : | |
| and | : | |
| | : | |
| ECLIPSE ERECTORS, | : | |
| | : | |
| and | : | |
| | : | |
| NUCOR BUILDING SYSTEMS, | : | |
| | : | |
|       Defendants. | | |

### CERTIFICATE OF SERVICE

I, Michael I. Silverman, Esquire, do hereby certify that two copies of the

Defendant, Daystar Sills's Answer to Complaint were e-filed, on August 12, 2005 to:

Sean J. Bellew, Esquire
Cozen & O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

R. Stokes, Esquire
Nolte & Associates
1010 North Bancroft Parkway, Suite 21
Wilmington, DE 19805

George T. Lees, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Justin Wineburgh, Esquire
Cozen & O'Connor
The Atrium, 3rd Floor
Philadelphia, PA 19103



 /s/ MICHAEL I. SILVERMAN
MICHAEL I. SILVERMAN
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE  19805
(302) 888-2900
  Attorney for Defendant
Daystar Sills, Inc.
Bar I. D. No. 3034
mike@silverman-mcdonald.psemail.com