UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC. AND TRANSCONTINENTAL INSURANCE COMPANY, as Subrogee of BADALAMENT, INC., | : <br> : <br> : <br> :    C.A. No. 05-035 |
| Plaintiffs, | : <br> : |
| v. | : <br> :    JURY TRIAL OF |
| DAYSTAR SILLS, INC., ECLIPSE ERECTORS, NUCOR BUILDING SYSTEMS, | :    TWELVE DEMANDED <br> : <br> : |
| Defendants. <br> and | : <br> : <br> : |
| NUCOR BUILDING SYSTEMS | : <br> : |
| Defendant/ <br> Third Party-Plaintiff, | : <br> : |
| v. | : <br> : |
| WESTFIELD INSURANCE GROUP | : <br> : |
| Third-party Defendant. | : |

## DEFENDANT, WESTFIELD INSURANCE GROUP'S ANSWER TO THIRD-PARTY COMPLAINT

1. - 99.  No answer required.

100.  Admitted

101.  Admitted

102.  No answer required

103.  No answer required

104.  Denied

105. Denied

106. Answering Third-party Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 106.

107 Answering Third-party Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 107.

108 Answering Third-party Defendant lacks sufficient information to admit or deny the allegation contained in Paragraph 108.

**FIRST AFFIRMATIVE DEFENSE**

Third-party plaintiff does not have standing to bring a cause of action against Westfield.

WHEREFORE, Answering Third-party Defendant respectfully requests that the Court dismiss the complaint and award Answering Third-party Defendant their costs and reasonable attorneys' fees incurred in responding to the complaint, together with such further relief as the Court may deem just and proper.

/s/ MICHAEL I. SILVERMAN
MICHAEL I. SILVERMAN
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
  Attorney for Defendants
Daystar Sills and Westfield Insurance Group
Bar I. D. No. 3034
mike@silverman-mcdonald.psemail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BADALAMENT, INC. AND TRANSCONTINENTAL INSURANCE COMPANY, as Subrogee of BADALAMENT, INC., | : : : : : | C.A. No. 05-035 |
| Plaintiffs, | : : | |
| v. | : : | JURY TRIAL OF |
| DAYSTAR SILLS, INC., ECLIPSE ERECTORS, NUCOR BUILDING SYSTEMS, | : : : : | TWELVE DEMANDED |
| Defendants. and | : : : | |
| NUCOR BUILDING SYSTEMS | : : | |
| Defendant/ Third Party-Plaintiff, | : : : | |
| v. | : : | |
| WESTFIELD INSURANCE GROUP | : : | |
| Third-party Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Michael I. Silverman, Esquire, do hereby certify that two copies of the

Third-party Defendant's Answer to Third-party Complaint was e-filed, on August 12, 2005 to:

> Sean J. Bellew, Esquire
> Cozen & O'Connor
> Chase Manhattan Centre
> 1201 N. Market Street, Suite 1400
> Wilmington, DE 19801

R. Stokes, Esquire
Nolte & Associates
1010 North Bancroft Parkway, Suite 21
Wilmington, DE 19805

George T. Lees, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Justin Wineburgh, Esquire
Cozen & O'Connor
The Atrium, 3rd Floor
Philadelphia, PA 19103

/s/ MICHAEL I. SILVERMAN
MICHAEL I. SILVERMAN
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
   Attorney for Defendants
Daystar Sills, Inc. and
Westfield Insurance Group
Bar I. D. No. 3034
mike@silverman-mcdonald.psemail.com