IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BADALAMENT, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-35 GMS |
| | ) | |
| DAYSTAR SILLS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, on January 24, 2005, the plaintiff filed a Complaint against the above-captioned defendants;

WHEREAS, on January 28, 2005, a return of service executed as to the defendant Eclipse Erectors was filed with the court;

WHEREAS, the defendant Eclipse Erector's answer to the Complaint was due on February 14, 2005, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant Eclipse Erector;

IT IS HEREBY ORDERED that:

1. The defendant Eclipse Erector will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: August 23,  2005          /s/ Gregory M. Sleet
                                 UNITED STATES DISTRICT JUDGE