IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BADALAMENT, INC., AND      :
TRANSCONTINENTAL INSURANCE    :
COMPANY AS SUBROGEE OF       :
BADALAMENT, INC.               :
                                 :
         Plaintiffs,         :     C.A. No. 05-035-GMS
                                 :
    v.                           :     JURY TRIAL DEMANDED
                                 :
DAYSTAR SILLS, INC.,           :
ECLIPSE ERECTORS AND        :
NUCOR BUILDING SYSTEMS,      :
                                 :
         Defendants,        :
                                 :
and                               :
                                 :
NUCOR BUILDING SYSTEMS,      :
                                 :
    Defendant/Third Party Plaintiff,   :
                                 :
    v.                           :
                                 :
WESTFIELD INSURANCE GROUP,    :
                                 :
    Third Party Defendant.      :

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that the undersigned attorney will present Third Party

Defendant's Motion to Dismiss at a date and time convenient to the Court.

                         **SILVERMAN, McDONALD & FRIEDMAN**


                          /s/ MICHAEL I. SILVERMAN
                          MICHAEL I. SILVERMAN, ESQUIRE
                          BAR I.D. No.: 3034
                          1010 N. Bancroft Parkway, Suite 22
                          Wilmington, DE 19805
                          Attorney for Third Party Defendant
                          Westfield Insurance Group

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BADALAMENT, INC., AND                    :
TRANSCONTINENTAL INSURANCE               :
COMPANY AS SUBROGEE OF                   :
BADALAMENT, INC.                         :
                                         :
              Plaintiffs,                :     C.A. No. 05-035-GMS
                                         :
        v.                               :     JURY TRIAL DEMANDED
                                         :
DAYSTAR SILLS, INC.,                     :
ECLIPSE ERECTORS AND                     :
NUCOR BUILDING SYSTEMS,                  :
                                         :
              Defendants,                :
                                         :
and                                      :
                                         :
NUCOR BUILDING SYSTEMS,                  :
                                         :
        Defendant/Third Party Plaintiff, :
                                         :
        v.                               :
                                         :
WESTFIELD INSURANCE GROUP,               :
                                         :
        Third Party Defendant.           :

## THIRD PARTY DEFENDANT, WESTFIELD INSURANCE GROUP'S MOTION TO DISMISS

COMES NOW, the third party defendant, Westfield Insurance Group, by and through the undersigned counsel, respectfully requests that this Honorable Court grant an order dismissing Westfield Insurance as a third party defendant. In support of this motion, third party defendant, Westfield Insurance Group, states the following:

1.      This is an action for commercial property damage arising from a collapsed roof on February 18, 2000.

2.      On January 24, 2005, Plaintiff filed a Complaint in the United States District Court for the District of Delaware.

3.      On or about April 26, 2005, Defendant/Third-Party Plaintiff, Nucor Building Systems filed an answer, cross-claims, and a third-party claim against Westfield Insurance Group.

4.      Westfield Insurance Group, through its' predecessor, Old Guard Insurance Company issued a policy of insurance to Daystar Sills (Policy # CBP 10002901), with a period of policy of January 1, 2003 through January 1, 2004. A copy of the policy is attached as Exhibit "A".

5.      Nucor Building Systems was not at anytime a party to Daystar Sills insurance policy with Westfield Insurance Group. See Exhibit "A".

6.      Third-Party Plaintiff, Nucor Building Systems alleges that Westfield Insurance Group has breached its contract to provide legal defense and indemnification.

7.      In accordance with Garnett v. One Beacon Insurance Copmpany, 2002 WL 1732371 (Del. Super.), Third-Party Plaintiff lacks standing to bring an action against Westfield Insurance Group.

8.      In Garnett, plaintiff was a passenger in the car of an insured with a policy through State Farm, when plaintiff was injured as a result of an automobile collision. Garnett, 2002 WL 1732371 at 1. Plaintiff attempted to file suit against State Farm for additional Uninsured Motorist coverage. Id. The Court held that plaintiff did not have standing to file action against State Farm because she wasn't a party to the insurance policy. Id. The Court further noted that "even if Plaintiff were a third-party beneficiary of the Insured policy, he still would not have standing to claim any UM benefits thereunder." Id. (See Menefee v. State Farm Automobile Company, 1986

WL 6590 (Del. Super.).

9.      In this case, Nucor Building Systems was not a party to the insurance policy between Daystar Sills and Westfield Insurance Group. Therefore do not have standing to bring a breach of contract against Westfield Insurance Group, an insurer with whom the third-party plaintiff never had contractual relations.

10.      Further, the claim against Westfield Insurance Group is not a proper third party claim under the Federal Rules of Civil Procedure Rule 14. In accordance with Rule 14(a), because plaintiff in this case, Badalament, Inc., cannot bring a claim against third-party defendant, Westfield, it follows that defendant/third-party plaintiff also cannot bring a claim against Westfield Insurance Group.

WHEREFORE, for the foregoing reasons, the third-party defendant, Westfield Insurance Group, respectfully request that this Honorable Court grant an Order dismissing Westfield Insurance Group from this case for the lack of standing with regards to third-party plaintiff, Nucor Building Systems.

SILVERMAN, McDONALD & FRIEDMAN

_/s/ MICHAEL I. SILVERMAN_____
MICHAEL I. SILVERMAN, ESQUIRE
BAR I.D. No.: 3034
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Attorney for Third Party Defendant
Westfield Insurance Group

Dated: September 1, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BADALAMENT, INC., AND     :
TRANSCONTINENTAL INSURANCE  :
COMPANY AS SUBROGEE OF    :
BADALAMENT, INC.       :
               :
     Plaintiffs,    :  C.A. No. 05-035-GMS
               :
  v.          :  JURY TRIAL DEMANDED
               :
DAYSTAR SILLS, INC.,     :
ECLIPSE ERECTORS AND    :
NUCOR BUILDING SYSTEMS,   :
               :
     Defendants,   :
               :
and            :
               :
NUCOR BUILDING SYSTEMS,   :
               :
   Defendant/Third Party Plaintiff, :
               :
  v.          :
               :
WESTFIELD INSURANCE GROUP,  :
               :
   Third Party Defendant.   :

## ORDER

   AND NOW, to wit, this _____ day of _____, 2005, after

consideration of Third Party Defendant's Motion to Dismiss and the responses thereto if any,

   IT IS HEREBY ORDERED that the Third Party Defendant is dismissed from this matter.

         _____
         J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BADALAMENT, INC., AND              :
TRANSCONTINENTAL INSURANCE         :
COMPANY AS SUBROGEE OF             :
BADALAMENT, INC.                   :
                                   :
               Plaintiffs,    :   C.A. No. 05-035-GMS
                                   :
      v.                           :   JURY TRIAL DEMANDED
                                   :
DAYSTAR SILLS, INC.,               :
ECLIPSE ERECTORS AND               :
NUCOR BUILDING SYSTEMS,            :
                                   :
               Defendants,    :
                                   :
and                                :
                                   :
NUCOR BUILDING SYSTEMS,            :
                                   :
     Defendant/Third Party Plaintiff, :
                                   :
      v.                           :
                                   :
WESTFIELD INSURANCE GROUP,         :
                                   :
     Third Party Defendant.        :

## NOTICE OF SERVICE

I hereby certify that two copies of Third-party Defendant's Motion to Dismiss were

served via e-filing, this 1st day of September, 2005 to:

Sean Bellew, Esquire                    Justin Wineburgh, Esquire
Cozen O'Connor                          Cozen O'Connor
Chase Manhattan Centre                  The Atrium, 3rd Floor
1201 North Market Street                Philadelphia, PA 19103
Suite 1400
Wilmington, DE 19801

R. Stokes Nolte, Esquire
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805

George T. Lees, III, Esquire
David A. Denham, Esquire
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 1899-2165

Michael I. Silverman, Esquire
Silverman McDonald & Friedman
10101 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

**SILVERMAN, McDONALD & FRIEDMAN**

 /s/ MICHAEL I. SILVERMAN
MICHAEL I. SILVERMAN, ESQUIRE
BAR I.D. No.: 3034
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Attorney for Third Party Defendant
Westfield Insurance Group