# EXHIBIT A

OLD GUARD INSURANCE COMPANY
COMMERCIAL UMBRELLA LIABILITY POLICY



# Old Guard

INSURANCE GROUP.
Lancaster, PA

This Policy Is Non-Assessable.

**POLICY NUMBER**

UMB 1000279

---

**ITEM 1.**
**NAMED INSURED AND MAILING ADDRESS**

Daystar Sills
PO Box 5815
Newport DE  19804

**AGENCY AND MAILING ADDRESS**          CODE #: 838

Williams/GNG Insurance
5301 Limestone RD STE 100
Wilmington DE  19808

SUB-PRODUCER CODE:

---

**POLICY PERIOD**
**FROM 12:01 A.M.**

January 1, 2003 to January 1, 2004

**FORM OF BUSINESS:**  Corporation          (INDIVIDUAL, JOINT VENTURE, PARTNERSHIP, OTHER)

**BUSINESS DESCRIPTION:**  Commercial Contractor          RENEWAL OF:  UMB 1000279

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**ITEM 3.  LIMITS OF LIABILITY:**

| | |
|---|---|
| COMPANY'S LIMITS | 9,000,000. |
| PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT | 9,000,000. |
| GENERAL AGGREGATE LIMIT | 9,000,000. |
| PERSONAL AND ADVERTISING INJURY LIMIT | 9,000,000. |
| EACH OCCURRENCE LIMIT | |

INSURED'S RETAINED LIMIT: 0          as the result of each occurrence or offense not covered by underlying insurance.

**ITEM 4.  ENDORSEMENTS ATTACHED TO POLICY AT INCEPTION:**  CU 0003 (10/92)
IL 0237, UL 0389, Emp. Prac. Exc., UL 0310

---

**ITEM 5.  UNDERLYING INSURANCE : SEE ATTACHED SCHEDULE OF UNDERLYING INSURANCE**

**ITEM 6.  PREMIUM COMPUTATION:**
Premium Payable:
$ 32,972.          in advance

In the event of cancellation by the named insured, the Company shall receive and retain not less than $ 7,000. as the Minimum

If the policy is written on an adjustable basis, the premium shall be based as follows:

Adjustable Basis:

| Direct Premium | Rate | Premium Basis |
|---|---|---|

Steven D. Dyer
Secretary

David E. Hosler
President

12/9/02 smg



**Old Guard**

INSURANCE GROUP
Lancaster, PA

OLD GUARD INSURANCE COMPANY
COMMERCIAL UMBRELLA LIABILITY POLICY
SCHEDULE OF UNDERLYING INSURANCE

| BASIC POLICIES COMPANY/POLICY NO./POLICY PERIOD | LIMITS OR AMOUNTS OF INSURANCE | |
|---|---|---|
| COMMERCIAL AUTO LIABILITY | Old Guard Insurance Co CAP 1006664 1/1/03-04 | $ | Bodily Injury Liability |
| | | $ | Property Damage Liability |
| | | $ 1,000,000. | Combined Single Limit |

| COMMERCIAL GENERAL LIABILITY (SIMPLIFIED) | Old Guard Insurance Co CBP 1002901 1/1/03-04 | $ 2,000,000. | Products/Completed Operations Aggregate |
|---|---|---|---|
| | | $ 2,000,000. | General Aggregate |
| | | $ 1,000,000. | Personal and Advertising Injury Limit |
| | | $ 1,000,000. | Each Occurrence Limit |

COMMERCIAL GENERAL LIABILITY (NON-SIMPLIFIED)

SPLIT LIMITS
Bodily Injury Liability
$    Each Occurrence
$    Aggregate
PROPERTY DAMAGE LIABILITY
$    Each Occurrence
$    Aggregate
COMBINED SINGLE LIMIT
Bodily Injury Liability & Property Damage Liability Combined
$    Each Occurrence
$    Aggregate

| EMPLOYER'S LIABILITY | Old Guard Fire Insurance Co WCP 2001068 1/1/03-04 | $ 100,000. | Bodily Injury Each Accident |
|---|---|---|---|
| | | $ 500,000. | Bodily Injury (Disease) Policy Limit |
| | | $ 100,000. | Bodily Injury (Disease) Each Employee |

000 900

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DELAWARE CHANGES - TERMINATION PROVISIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME - SAFE DEPOSITORY LIABILITY COVERAGE FORM M
COMMERCIAL CRIME - LIABILITY FOR GUESTS' PROPERTY PREMISES COVERAGE FORM L
COMMERCIAL CRIME - LIABILITY FOR GUESTS' PROPERTY SAFE DEPOSIT BOX COVERAGE
      FORM K
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** With respect to the:

FARM PROPERTY COVERAGE FORM; and
COMMERCIAL PROPERTY COVERAGE PART;

if the policy covers a building that contains no more than 4 dwelling units, one of which is the insured's principal place of residence, or covers the insured's household personal property in a residential building, the following applies:

1. Paragraph 2. of the CANCELLATION Common Policy Condition is replaced by the following:

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation along with the reasons for cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

After coverage has been in effect for more than 60 days or after the effective date of a renewal of this policy, no notice of cancellation will be issued by us unless it is based on at least one of the following reasons:

(1) Nonpayment of premium;

(2) Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

(3) Discovery of willful or reckless acts or omissions on your part that increase any hazard insured against;

(4) The occurrence of a change in the risk that substantially increases any hazard insured against after insurance coverage has been issued or renewed;

(5) A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any covered property or its occupancy that substantially increases any hazard insured against;

(6) A determination by the Insurance Commissioner that the continuation of the policy would place us in violation of the Delaware insurance laws; or

(7) Real property taxes owing on the insured property have been delinquent for two or more years and continue delinquent at the time notice of cancellation is issued.

Copyright, Insurance Services Office, Inc., 1988
Copyright, ISO Commercial Risk Services, Inc., 1988

000 901
IL 02 37 06 88

**THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.**

### CROSS SUITS EXCLUSION

This insurance does not apply to any liability of one insured for property damage to the property of another insured.

UL-0389 (7/95)

## EMPLOYMENT DISCRIMINATION AND EMPLOYMENT–RELATED
## PRACTICES EXCLUSION

This insurance does not apply to any liability, defense costs, fines or
damages which arise out of any:

1.  Refusal to employ;

2.  Termination of employment;

3.  Coercion, demotion, evaluation, reassignment, discipline, defamation,
    harassment, humiliation, discrimination, or other employment–related
    practices, policies, acts or omissions; or

4.  Consequential bodily injury or personal injury as a result of 1 through 3
    above.

This exclusion applies whether the insured may be held liable as an employer
or in any other capacity and to any obligation of the insured to share damages
with or to repay someone else who must pay damages because of the injury.

–65–

000 903

COMMERCIAL UMBRELLA LIABILITY
UL 0310 11 98

**THIS ENDORSEMENT CHANGES THE POLICY.    PLEASE READ IT CAREFULLY.**

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided by the following.

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART CU-0003

The following exclusion is added to SECTION I – COVERAGE A AND COVERAGE B:

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising directly or indirectly out of:

1. Any actual or alleged failure, malfunction or inadequacy of:
    (a) Any of the following, whether belonging to any insured or to others:
        (1) Computer hardware, including micro-processors;
        (2) Computer application software;
        (3) Computer operating systems and related software;
        (4) Computer networks;
        (5) Micro-processors (computer chips) not part of any computer system; or
        (6) Any other computerized or electronic equipment or components; or

    (b) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph 1(a) of this endorsement.

    due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

2. Any advice, consultation, design evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for any potential or actual problems described in Paragraph 1 of this endorsement.

000 904



# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| COMMERCIAL PACKAGE POLICY SUMMARY PAGE | Policy Period | |
|---|---|---|
| | From | To |
| | 01/01/2003   01/01/2004 | |
| **Policy Number**   CBP 1002901 01 | 12:01 A.M. Standard Time at the described location | |

**Transaction**

RENEWAL OF: CBP 1002901  00

RENEWAL DECLARATION

**Named Insured and Address**

DAYSTAR SILLS, INC
PO BOX 5815
WILMINGTON DE 19808

ılııllılıılılıılılılıll

**Business Description**
GENERAL CONTRACTOR

**Agent**

WILLIAMS INSURANCE AGENCY INC     0000838
5301 LIMESTONE RD SUITE 100
WILMINGTON DE  19808-1251

Telephone:   302-239-5500

**Type of Business**
CORPORATION

**Audit Period**
Annual

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| COVERAGE PART DESCRIPTION | PREMIUM |
|---|---|
| Crime | $607.00 |
| Commercial Fire | $1,830.00 |
| General Liability | $77,022.00 |
| Inland Marine | $3,734.00 |

| | | |
|---|---|---|
| POLICY PREMIUM | $ | 83,193.00 |
| DEPOSIT PREMIUM | $ | |
| TAXES AND SURCHARGES | $ | |
| TOTAL DEPOSIT PREMIUM | $ | |

THE POLICY WRITING NONREFUNDABLE MINIMUM PREMIUM IS $     100.00

PREMIUM SHOWN PAYABLE IS: $   83,193.00  AT INCEPTION: $

1ST ANNIVERSARY: $                         2ND ANNIVERSARY: $

**Forms and Endorsements Applicable to All Coverage Parts:**

IL0017    (11/98)

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

*H. Brooke Paisey*
Secretary

*Roger M. Manos*
President

Issued Date: 11/18/2002

000 906

INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P 0 BOX 3010
LANCASTER, PA 17604-3010

COMMERCIAL PACKAGE POLICY
LOCATION SCHEDULE

| | |
|---|---|
| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent:   WILLIAMS INSURANCE AGENCY INC | 0000838 |

## LOCATION ADDRESS SCHEDULE

Prem #     00001
330 WATER STREET
NEWPORT DE 19804

Prem #     00002
320 WATER STREET
NEWPORT DE 19804

000 907

Issued Date: 11/18/2002              INSURED COPY                    Page 2    of 20

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

COMMERCIAL PACKAGE POLICY
LOCATION SCHEDULE

| Policy Number: CBP 1002901 01 | |
|---|---|
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## SUB-LOCATION ADDRESS SCHEDULE

Prem #   00001      Bldg #    00001
330 WATER STREET
NEWPORT DE 19804

Prem #   00002      Bldg #    00001
320 WATER STREET
NEWPORT DE 19804

0U9 908

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

COMMERCIAL PACKAGE POLICY
LOCATION SCHEDULE

| | |
|---|---|
| Policy Number: | CBP 1002901 01 |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent:   WILLIAMS INSURANCE AGENCY INC | 0000838 |

## POLICY INTEREST SCHEDULE

00001
AI-OWNRS, LESSEES OR CONTRACTR

AUTOMATIC STATUS APPLIES
CG2033 APPLIES

00001
EXTENDED NAMED INSURED

WEATHER SERVICES, INC
SOLAR SYSTEMS, INC

00001
EXTENDED NAMED INSURED

AURORA ACOUSTICAL, INC
CRYSTAL CONCRETE, INC

00001
EXTENDED NAMED INSURED

SUN DOG CABINETRY, INC
FLASH ELECTRIC, INC

00001
EXTENDED NAMED INSURED

POLAR MECHANICAL, INC
POLAR FABRICATION, INC

00001
LOSS PAYEE
330 WATER STREET
PNC BANK DELAWARE
ATTN SCOTT BAYLIS
222 DELAWARE AVE 18TH FLOOR
WILMINGTON DE 19801

000 909

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| | |
|---|---|
| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## FORMS INVENTORY

### Boiler and Machinery Forms

### Commercial Crime Forms

| | | |
|---|---|---|
| IL0935  (08/98) | CR0004  (10/90) | CR1000  (04/97) |

### Commercial Fire Forms

| | | | | |
|---|---|---|---|---|
| CP0090  (07/88) | CP0299  (11/85) | IL0237  (03/00) | IL0935  (08/98) | OG5068  (06/98) |
| SM0006  (02/97) | CP1030  (06/95) | CP0030  (06/95) | CP0010  (06/95) | CP0050  (06/95) |

### Commercial General Liability Forms

| | | | | |
|---|---|---|---|---|
| CG2147  (07/98) | CG2149  (09/99) | CG2160  (09/98) | IL0021  (04/98) | CG2026  (11/85) |
| CGO001  (07/98) | IL0237  (03/00) | | | |

### Commercial Inland Marine Forms

| | | | | |
|---|---|---|---|---|
| IMO113  (06/90) | CM0001  (06/95) | IL0935  (08/98) | OG5068  (06/98) | IMO618  (06/90) |

000 910

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

Issued Date: 11/18/2002

INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| GENERAL LIABILITY COVERAGE PART | Policy Period | |
|---|---|---|
| | From | To |
| Policy Number   CBP 1002901 01 | 01/01/2003   01/01/2004 12:01 A.M. Standard Time at the described location | |

| Transaction |
|---|
| RENEWAL DECLARATION |

| Named Insured and Address | Agent |
|---|---|
| DAYSTAR SILLS, INC PO BOX 5815 WILMINGTON DE 19808 | WILLIAMS INSURANCE AGENCY INC   0000838 5301 LIMESTONE RD SUITE 100 WILMINGTON DE  19808-1251 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖ | Telephone:  302-239-5500 |

**Business Description**
GENERAL CONTRACTOR

**Type of Business**
CORPORATION

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consist of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURENCE LIMIT | $ 1,000,000 | |
| FIRE DAMAGE LIMIT | $ 100,000 | Any one fire |
| MEDICAL EXPENSE LIMIT | $ 5,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $ 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $ 2,000,000 |

## AMENDED LIMITS OF LIABILITY
Refer to attached schedule, if any.

## LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY
Refer to location address schedule.

## CLASSIFICATIONS
Refer to attached schedule

**TOTAL PREMIUM FOR THIS COVERAGE PART  $    77,022.00**

| Forms and Endorsements Applicable to this Policy |
|---|
| Refer to Forms Inventory |

These Declarations together with the common policy conditions, coverage part declarations, coverage part coverage form(s) and form(s) and endorsements, if any, issued , complete the above numbered policy.

000 911

Issued Date: 11/18/2002

INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| GENERAL LIABILITY | |
|---|---|
| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Premium Basis | Per | Cov/Rate | Premium |
|---|---|---|---|---|---|---|---|
| | | | | Classification Description | | | |
| 0001 | DE | 999 | 49950 | | N/A | AINS | $5,000.00 |
| | | | | ADDL INSURED CLASS CODE | | | |
| 0001 | DE | 001 | 91580 | PAYROLL  $400,000 | 1000 | P/O  26.0210 | $10,408.00 |
| | | | | CONTRACTORS - EXECUTIVE SUPERVISORS OR SUPERINTENDENTS | | | |
| 0001 | DE | 001 | 91585 | TOTAL COST  $15,000,000 | 1000 | P/O  0.2500 | $3,750.00 |
| | | | | CONTRACTORS -SUBWORK -CONST,RE-,REPAIR,ERECTION OF BLDG{NOC} | | | |
| 0001 | DE | 001 | 91341 | PAYROLL  $500,000 | 1000 | P/O  8.8880 | $4,444.00 |
| | | | | CARPENTRY - INTERIOR | | | |
| 0001 | DE | 001 | 92215 | PAYROLL  $1,000,000 | 1000 | P/O  8.3990 | $8,399.00 |
| | | | | DRIVEWAY, PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | |
| 0001 | DE | 001 | 91436 | PAYROLL  $225,000 | 1000 | P/O  5.6670 | $1,275.00 |
| | | | | CEILING OR WALL INSTALLATION - METAL | | | |
| 0001 | DE | 001 | 92478 | PAYROLL  $950,000 | 1000 | P/O  3.6040 | $3,424.00 |
| | | | | ELECTRICAL WORK - WITHIN BUILDINGS | | | |
| 0001 | DE | 001 | 98482 | PAYROLL  $500,000 | 1000 | P/O  7.1760 | $3,588.00 |
| | | | | PLUMBING - COMMERCIAL AND INDUSTRIAL | | | |

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

000 912

Issued Date: 11/18/2002

INSURED COPY

GLCLASS 11 9B

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| GENERAL LIABILITY | |
|---|---|
| Policy Number: CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Premium Basis | | Per | Cov/Rate | Premium |
|---|---|---|---|---|---|---|---|---|
| | | | | Classification Description | | | | |
| 0001 | DE | 001 | 95647 | PAYROLL | $885,000 | 1000 | P/O 6.3360 | $5,607.00 |
| | | | | HEATING & A/C DEALER,DIST,INST,SERV,REPAIR -NO LPG SALE,WORK | | | | |
| 0001 | DE | 001 | 91341 | PAYROLL | $275,000 | 1000 | P/O 8.8880 | $2,444.00 |
| | | | | CARPENTRY - INTERIOR | | | | |
| 0001 | DE | 999 | 91585 | TOTAL COST | $15,000,000 | 1000 | PCO 0.6450 | $9,675.00 |
| | | | | CONTRACTORS -SUBWORK -CONST,RE-,REPAIR,ERECTION OF BLDG{NOC} | | | | |
| 0001 | DE | 999 | 91341 | PAYROLL | $500,000 | 1000 | PCO 4.2420 | $2,121.00 |
| | | | | CARPENTRY - INTERIOR | | | | |
| 0001 | DE | 999 | 92215 | PAYROLL | $1,000,000 | 1000 | PCO 3.1850 | $3,185.00 |
| | | | | DRIVEWAY, PARKING AREA OR SIDEWALK-PAVING OR REPAVING | | | | |
| 0001 | DE | 999 | 91436 | PAYROLL | $225,000 | 1000 | PCO 4.9960 | $1,124.00 |
| | | | | CEILING OR WALL INSTALLATION - METAL | | | | |
| 0001 | DE | 999 | 92478 | PAYROLL | $950,000 | 1000 | PCO 3.0540 | $2,901.00 |
| | | | | ELECTRICAL WORK - WITHIN BUILDINGS | | | | |
| 0001 | DE | 999 | 98482 | PAYROLL | $500,000 | 1000 | PCO 4.5210 | $2,261.00 |
| | | | | PLUMBING - COMMERCIAL AND INDUSTRIAL | | | | |

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

000 913

Issued Date: 11/18/2002

INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| GENERAL LIABILITY | |
|---|---|
| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Premium Basis | | Per | Cov/Rate | Premium |
|---|---|---|---|---|---|---|---|---|
| | | | | Classification Description | | | | |
| 0001 | DE | 999 | 95647 | PAYROLL | $885,000 | 1000 | PCO 7.0610 | $6,249.00 |
| | | | HEATING & A/C DEALER,DIST,INST,SERV,REPAIR -NO LPG SALE,WORK | | | | | |
| 0001 | DE | 999 | 91341 | PAYROLL | $275,000 | 1000 | PCO 4.2420 | $1,167.00 |
| | | | CARPENTRY - INTERIOR | | | | | |

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

0U0 9I4

Issued Date: 11/18/2002

INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

GENERAL LIABILITY

| Policy Number: | CBP 1002901 01 | |
|---|---|---|
| Named Insured: DAYSTAR SILLS, INC | | |
| Agent: WILLIAMS INSURANCE AGENCY INC | | 0000838 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Premium Basis | Per | Cov/Rate | Premium |
|---|---|---|---|---|---|---|---|
| | | | Classification Description | | | | |

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

000 915

Issued Date: 11/18/2002

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

GENERAL LIABILITY

| | |
|---|---|
| Policy Number: CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Premium Basis | Per | Cov/Rate | Premium |
|-----|----|----|------|---------------|-----|----------|---------|
| | | | | Classification Description | | | |

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

000 916

Issued Date: 11/18/2002

GLCLASS 11 98

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

**COMMERCIAL CRIME COVERAGE PART**

| Policy Number | Policy Period | |
| --- | --- | --- |
| | From | To |
| CBP 1002901 01 | 01/01/2003 | 01/01/2004 |
| | 12:01 A.M. Standard Time at the described location | |

## Transaction

RENEWAL DECLARATION

| Named Insured and Address | Agent |
| --- | --- |
| DAYSTAR SILLS, INC<br>PO BOX 5815<br>WILMINGTON DE 19808 | WILLIAMS INSURANCE AGENCY INC    0000838<br>5301 LIMESTONE RD SUITE 100<br>WILMINGTON DE  19808-1251 |
| | Telephone:  302-239-5500 |

| Business Description | Type of Business | Audit Period |
| --- | --- | --- |
| GENERAL CONTRACTOR | CORPORATION | |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.  INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR THE COVERAGES SHOWN BELOW.**

## COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLE

| Prem. | Bldg. | Plan | Coverage | Msgr. | Limit | Deductible |
| --- | --- | --- | --- | --- | --- | --- |
| 001 | 001 | 01 | Coverage C - Section 1 | | 10,000.00 | $1,000 |
| 001 | 001 | 01 | Coverage C - Section 2 | | 10,000.00 | $1,000 |
| 001 | 001 | 01 | Employee Dishonesty - | | 200,000.00 | $1,000 |

**PREMIUM FOR THIS COVERAGE PART**     $     607.00

| Forms and Endorsements Applicable to this Policy |
| --- |
| Refer to Forms Inventory |

000 917

Issued Date: 11/18/2002



## OLD GUARD INSURANCE COMPANY
201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| COMMERCIAL PROPERTY COVERAGE PART | Policy Period | |
|---|---|---|
| | From | To |
| | 01/01/2003 | 01/01/2004 |
| Policy Number   CBP 1002901 01 | 12:01 A.M. Standard Time at the described location | |

**Transaction**

RENEWAL DECLARATION

| Named Insured and Address | Agent |
|---|---|
| DAYSTAR SILLS, INC<br>PO BOX 5815<br>WILMINGTON DE 19808 | WILLIAMS INSURANCE AGENCY INC    0000838<br>5301 LIMESTONE RD SUITE 100<br>WILMINGTON DE  19808-1251<br><br>Telephone:  302-239-5500 |

## DESCRIPTION OF PREMISES
Refer to attached schedule.

## COVERAGES PROVIDED
Refer to attached schedule, if any.

## OPTIONAL COVERAGES
Refer to attached schedule, if any.

## MORTGAGEES AND ADDITIONAL INTERESTS
Refer to policy interest schedule.

**PREMIUM FOR THIS COVERAGE PART**   $   1,830:00

Forms and Endorsements Applicable to this Policy

Refer to Forms Inventory

000 313

These declarations together with the common policy conditions, coverage part declarations, coverage part coverage form(s) and forms and endorsements, if any, issued to form a part therof, complete the above numbered policy.

_H. Brooks Ramsey_
Secretary

_Roger M. Manus_
President

Issued Date: 11/18/2002

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| Policy Number: CBP 1002901 01 | |
|---|---|
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## COMMERCIAL PROPERTY
## DESCRIPTION OF OPTIONAL COVERAGE PROVIDED

| Prem. No. | Bldg. No. | Coverage | Amount | Replacement Cost Bldg | Pers Incl Prop "Stock" | Inflation Grd Bldg | pers Prop | Monthly Limit of Indemnity | Maximum Period of Indemnity | Extended Period of Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|
| All | All | Service Guard | | | | | | N/A | N/A | N/A |
| 00001 | 00001 | Business Income | $100,000 | | | | | | | |
| 00001 | 00001 | Personal Property | $750,000 | | X | | | | | |
| 00002 | 00001 | Extra Expense | $50,000 | | | | | | | |
| 00002 | 00001 | Personal Property | $200,000 | | X | | | | | |

000 919

These declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued to form a part thereof, complete the above number policy.

Issued Date: 11/18/2002

INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| Policy Number: CBP 1002901 01 | |
|---|---|
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## COMMERCIAL PROPERTY
## DESCRIPTION OF COVERAGE PROVIDED

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Coinsurance@ | Covered Cause of Loss | Deductible |
|---|---|---|---|---|---|---|
| All | All | Service Guard | $100,000 | 50% | SPEC | |
| 00001 | 00001 | Business Income | $750,000 | 80% | SPEC | $500 |
| 00001 | 00001 | Personal Property | $50,000 | 40%-80%-100% | SPEC | |
| 00002 | 00001 | Extra Expense | $200,000 | 80% | SPEC | $500 |
| 00002 | 00001 | Personal Property | | | | |

000 920

These declarations together with the common policy conditions, coverage part declarations, coverage part coverage form(s) and forms and endorsement, if any, issued to form a part thereof, complete the above numbered policy.

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| | |
|---|---|
| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## COMMERCIAL PROPERTY
## DESCRIPTION OF PREMISES

| Prem. No. | Bldg. No. | Occupancy | Construction | Prot. Class | Terr |
|---|---|---|---|---|---|
| 00001 | 00001 | CONTRACTORS | Non-Combustible | 05 | 020 |
| 00002 | 00001 | CONTRACTORS | Non-Combustible | 05 | 20 |

000 921

These declarations together with the common policy conditions, coverage part declarations, coverage part coverage form(s) and forms and endorsement, if any, issued to form a part thereof, complete the above numbered policy.

Issue Date 11/18/2002

INSURED COPY

CFLOCS 11 98



# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| INLAND MARINE COVERAGE PART | Policy Period | |
|---|---|---|
| | From | To |
| Policy Number    CBP 1002901 01 | 01/01/2003    01/01/2004 12:01 A.M. Standard Time at the described location | |

| Transaction |
|---|
| RENEWAL DECLARATION |

**Named Insured and Address**

DAYSTAR SILLS, INC
PO BOX 5815
WILMINGTON DE 19808

lllllllllllllllllllllll

**Agent**

WILLIAMS INSURANCE AGENCY INC    0000838
5301 LIMESTONE RD SUITE 100
WILMINGTON DE  19808-1251

Telephone:    302-239-5500

| | | PREMIUM |
|---|---|---|
| **COVERAGE** | | $        825.00 |
| ELECTRONIC DATA PROCESSING | | $      2,909.00 |
| EQUIPMENT FLOATER | | |

**TOTAL PREMIUM FOR THIS COVERAGE PART**        $    3,734.00

| Forms and Endorsements Applicable to this Policy |
|---|
| Refer to Forms Inventory |

000 922

These Declarations together with the common policy conditions, coverage declarations, coverage form(s) and form(s) and endorsements, if any, issued , complete the above numbered policy.

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| Policy Number: CBP 1002901 01 |  |
| --- | --- |
| Named Insured: DAYSTAR SILLS, INC |  |
| Agent: WILLIAMS INSURANCE AGENCY INC | 0000838 |

## ELECTRONIC DATA PROCESSING EQUIPMENT COVERAGE

LOCATION   00001   BUILDING   00001

|  | COV A | COV B | COV C | COV D |
| --- | --- | --- | --- | --- |
| LIMIT | $112,500 | $25,000 | $50,000 |  |
| LIMIT PER MONTH |  |  |  |  |

LOCATION PREMIUM       $412.00

|  | COV A | COV B |
| --- | --- | --- |
| IN TRANSIT OR TEMP. |  |  |

OPTIONAL COVERAGES:

1. BREAKDOWN COVERAGE ENDORSEMENT:        DED:
2. EARTHQUAKE COVERAGE ENDORSEMENT:       DED:
3. FLOOD COVERAGE ENDORSEMENT:            DED:

|  |  | COVERAGE PREMIUM |
| --- | --- | --- |
| DEDUCTIBLE: | $500 |  |
| VALUATION: | REPLACEMENT COST |  |
| UPGRADE ENDORSEMENT: | N/A |  |
| COINSURANCE: | 80% |  |

SPECIAL PROVISIONS

000 923

These Declarations together with the common policy conditions, coverage declarations, coverage form(s), and form(s) and endorsements, if any, issued, complete the above number policy.

*H. Burke Roney*
Secretary

*Roger M. Manus*
President

Issued Date: 11/18/2002

INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| Policy Number: | CBP 1002901 01 | |
|---|---|---|
| Named Insured: | DAYSTAR SILLS, INC | |
| Agent: | WILLIAMS INSURANCE AGENCY INC | 0000838 |

## ELECTRONIC DATA PROCESSING EQUIPMENT COVERAGE PART DECLARATIONS

COVERAGE PROVISIONS                                                         Limit of Insurance

|  | A. | EQUIPMENT | |
|---|---|---|---|
| ITEM NUMBER | | Specifically Described Property | |
| 1 | | HARDWARE | $112,500 |
| 2 | | SOFTWARE | $25,000 |

SPECIAL PROVISIONS
000 924

These Declarations together with the common policy conditions, coverage declarations, coverage form(s) and form(s) and endorsements, if any, issued , complete the above numbered policy.

Issued Date: 11/18/2002

INSURED COPY

# OLD GUARD INSURANCE COMPANY

201 E OREGON RD, P O BOX 3010
LANCASTER, PA 17604-3010

| Policy Number:  CBP 1002901 01 | |
| Named Insured: DAYSTAR SILLS, INC | .. |
| Agent:   WILLIAMS INSURANCE AGENCY INC | 0000838 |

## CONTRACTORS EQUIPMENT FLOATER COVERAGE PART DECLARATIONS

**PREMIUM FOR THIS COVERAGE FORM**     $2,909.00

DESCRIPTION OF COVERED PROPERTY

| Description | Limit of Insurance |
|---|---|
| HIRED / RENT NO ONE ITEM TO EXCEED $100,000 | $300,000 |
| MISC TOOL & TRAILERS NO ONE ITME TO EXCEED $5,000 | $100,000 |
| AIR COMPRESSOR | $13,000 |
| FORK LIFT | $26,000 |
| FORK LIFT | $18,000 |
| SCISSOR LIFT | $18,750 |
| SCISSOR LIFT | $15,750 |
| EXCAVATOR | $6,000 |
| SKYJACK LIFT | $15,000 |
| AIR COMPRESSOR | $6,000 |

DEDUCTIBLE

The Deductible amount is $ 1,000

AMOUNT OF INSURANCE

The company shall not be liable for more than $   527,900    in any one loss, disaster or casualty; not exceeding, however, the Amount of Insurance shown opposite each item described herein.

SPECIAL PROVISIONS

000 925

These Declarations together with the common policy conditions, coverage declarations, coverage form(s) and form(s) and endorsements, if any, issued , complete the above numbered policy.

Issued Date: 11/18/2002

EQPDEC 11/98                    INSURED  COPY                    Page 20   of 20

COMMERCIAL GENERAL LIABILITY
CG 00 01 07 98

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

   This insurance does not apply to:

   a. **Expected Or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. **Contractual Liability**

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) That the insured would have in the absence of the contract or agreement; or

      (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

         (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

         (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

   c. **Liquor Liability**

      "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

      (1) Causing or contributing to the intoxication of any person;

      (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

000 926

Hart Forms & Services
Reorder No. 14-G100

(3) Any statute, ordinance or regulation re-
lating to the sale, gift, distribution or use
of alcoholic beverages.

This exclusion applies only if you are in the
business of manufacturing, distributing, sell-
ing, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a work-
ers' compensation, disability benefits or un-
employment compensation law or any similar
law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out
of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the con-
duct of the insured's business; or

(2) The spouse, child, parent, brother or sis-
ter of that "employee" as a consequence
of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an
employer or in any other capacity; and

(2) To any obligation to share damages with
or repay someone else who must pay
damages because of the injury.

This exclusion does not apply to liability as-
sumed by the insured under an "insured con-
tract".

f. **Pollution**

(1) "Bodily injury" or "property damage" aris-
ing out of the actual, alleged or threat-
ened discharge, dispersal, seepage, migra-
tion, release or escape of "pollutants":

(a) At or from any premises, site or loca-
tion which is or was at any time
owned or occupied by, or rented or
loaned to, any insured. However, this
subparagraph does not apply to:

(i) "Bodily injury" if sustained within
a building and caused by smoke,
fumes, vapor or soot from equip-
ment used to heat that building;

(ii) "Bodily injury" or "property dam-
age" for which you may be held
liable, if you are a contractor and
the owner or lessee of such prem-
ises, site or location has been add-
ed to your policy as an additional
insured with respect to your on-

going operations performed for
that additional insured at that
premises, site or location and such
premises, site or location is not
and never was owned or occupied
by, or rented or loaned to, any in-
sured, other than that additional
insured; or

(iii) "Bodily injury" or "property dam-
age" arising out of heat, smoke or
fumes from a "hostile fire";

(b) At or from any premises, site or loca-
tion which is or was at any time used
by or for any insured or others for the
handling, storage, disposal, process-
ing or treatment of waste;

(c) Which are or were at any time trans-
ported, handled, stored, treated, dis-
posed of, or processed as waste by or
for any insured or any person or or-
ganization for whom you may be le-
gally responsible; or

(d) At or from any premises, site or loca-
tion on which any insured or any con-
tractors or subcontractors working
directly or indirectly on any insured's
behalf are performing operations if the
"pollutants" are brought on or to the
premises, site or location in connec-
tion with such operations by such in-
sured, contractor or subcontractor.
However, this subparagraph does not
apply to:

(i) "Bodily injury" or "property dam-
age" arising out of the escape of
fuels, lubricants or other operating
fluids which are needed to per-
form the normal electrical, hydrau-
lic or mechanical functions neces-
sary for the operation of "mobile
equipment" or its parts, if such
fuels, lubricants or other operating
fluids escape from a vehicle part
designed to hold, store or receive
them. This exception does not ap-
ply if the "bodily injury" or "prop-
erty damage" arises out of the
intentional discharge, dispersal or
release of the fuels, lubricants or
other operating fluids, or if such
fuels, lubricants or other operating
fluids are brought on or to the
premises, site or location with the
intent that they be discharged,
dispersed or released as part of
the operations being performed by
such insured, contractor or sub-
contractor;

    Copyright, Insurance Services Office, Inc., 1997    CG 00 01 07 98

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. Damage To Property

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other

000 927

Copyright, Insurance Services Office, Inc., 1997

than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

This insurance does not apply to:

a. "Personal and advertising injury":

(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and



CG 00 01 07 98

Copyright, Insurance Services Office, Inc., 1997

would inflict "personal and advertising injury";

(2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) Arising out of a criminal act committed by or at the direction of any insured;

(5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

(6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

(7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

(8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

(9) Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section; or

(10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

b. Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants;"

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

000 926

Copyright, Insurance Services Office, Inc., 1997

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98

business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

000 929
CG 00 01 07 98

Copyright, Insurance Services Office, Inc., 1997

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

(2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. Premium Audit

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

000 930

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in a. above; or

(b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

  (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

  (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

  (1) Power cranes, shovels, loaders, diggers or drills; or

  (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

  (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

  (2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  (1) Equipment designed primarily for:

    (a) Snow removal;

    (b) Road maintenance, but not construction or resurfacing; or

    (c) Street cleaning;

  (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

000 931

Copyright, Insurance Services Office, Inc., 1997

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement,

but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Your product" means:

   a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      (1) You;

      (2) Others trading under your name; or

      (3) A person or organization whose business or assets you have acquired; and

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

21. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. The providing of or failure to provide warnings or instructions.

000 932

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

000 933

Hart Forms & Services
Reorder No. 14-G124

Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 21 49 09 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion f. under Paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability is replaced by the following:

This insurance does not apply to:

f.  **Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

000 934

Hart Forms & Services
Reorder No. 14-B751

COMMERCIAL GENERAL LIABILITY
CG 21 60 09 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

2. Exclusions

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

a. Any actual or alleged failure, malfunction or inadequacy of:

(1) Any of the following, whether belonging to any insured or to others:

(a) Computer hardware, including microprocessors;

(b) Computer application software;

(c) Computer operating systems and related software;

(d) Computer networks;

(e) Microprocessors (computer chips) not part of any computer system; or

(f) Any other computerized or electronic equipment or components; or

(2) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph 2.a.(1) of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

b. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph 2.a. of this endorsement.

000 935

CG 21 60 09 98

Copyright, Insurance Services Office, Inc., 1998

Hart Forms & Services
Reorder No. 14-R211

Page 1 of 1

COMMERCIAL INLAND MARINE
CM 00 01 06 95

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. ABANDONMENT

There can be no abandonment of any property to us.

### B. APPRAISAL

If we and you disagree on the value of the property or the amount of "loss", either may make written demand for an appraisal of the "loss". In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. DUTIES IN THE EVENT OF LOSS

You must see that the following are done in the event of "loss" to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the "loss". Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the "loss" occurred.

4. Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent "loss" resulting from a cause of loss that is not a Covered Cause of Loss. Also if feasible, set the damaged property aside and in the best possible order for examination.

5. Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our consent.

6. Permit us to inspect the property and records proving "loss".

7. If requested, permit us to question you under oath, at such times as may be reasonably required, about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

8. Send us a signed, sworn statement of "loss" containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Promptly send us any legal papers or notices received concerning the "loss".

10. Cooperate with us in the investigation or settlement of the claim.

### D. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same "loss", we will not pay more than the actual amount of the "loss".

### E. LOSS PAYMENT

We will pay or make good any "loss" covered under this Coverage Part within 30 days after:

1. We reach agreement with you;

2. The entry of final judgment; or

3. The filing of an appraisal award.

We will not be liable for any part of a "loss" that has been paid or made good by others.

### F. OTHER INSURANCE

If you have other insurance covering the same "loss" as the insurance under this Coverage Part, we will pay only the excess over what you should have received from the other insurance. We will pay the excess whether you can collect on the other insurance or not.

000 936

Copyright, Insurance Services Office, Inc., 1994