IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC., AND<br>TRANSCONTINENTAL INSURANCE<br>COMPANY AS SUBROGEE OF<br>BADALAMENT, INC.<br><br>            Plaintiff,<br><br>v.<br><br>DAYSTAR SILLS, INC.,<br>ECLIPSE ERECTORS AND<br>NUCOR BUILDING SYSTEMS<br><br>            Defendants. | :<br>:<br>:<br>:<br>: C. A. No. 05-035<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

### DEFENDANT, NUCOR BUILDING SYSTEMS' ANSWER TO CROSS CLAIM OF CO-DEFENDANT ECLIPSE ERECTORS

1.  Denied.

Wherefore, Answering Defendant, Nucor Building Systems demands the Judgment be entered in its favor and against Plaintiffs and Co-Defendants, together with attorneys' fees, costs, and such other relief and this honorable Court deems just.

BIFFERATO, GENTILOTTI, BIDEN & BALICK, P.A.

*/s/ George T. Lees*

GEORGE T. LEES, III (DE BAR #3647)
DAVID A. DENHAM, (DE BAR #4240)
1308 Delaware Avenue
P. O. Box 2165
Wilmington, DE 19899-2165
Attorneys for Defendant, Nucor Building Systems
(302) 429-1900

Dated: 9/22/05