IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BADALAMENT, INC., AND<br>TRANSCONTINENTAL INSURANCE<br>COMPANY AS SUBROGEE OF<br>BADALAMENT, INC. | : <br> : <br> : <br> : <br> : | C. A. No. 05-035 |
| Plaintiff, | : | |
| v. | : | JURY TRIAL DEMANDED |
| DAYSTAR SILLS, INC.,<br>ECLIPSE ERECTORS AND<br>NUCOR BUILDING SYSTEMS | : <br> : <br> : <br> : | |
| Defendants. | : | |

**DEFENDANT, NUCOR BUILDING SYSTEMS' RESPONSE TO**
**CROSS CLAIM OF CO-DEFENDANT DAYSTAR SILLS, INC.**

1. Denied.

Wherefore, Answering Defendant, Nucor Building Systems demands the Judgment be entered in its favor and against Plaintiffs and Co-Defendants, together with attorneys' fees, costs, and such other relief and this honorable Court deems just.

BIFFERATO, GENTILOTTI, BIDEN & BALICK, P.A.

_____
GEORGE T. LEES, III (DE BAR #3647)
DAVID A. DENHAM, (DE BAR #4240)
1308 Delaware Avenue
P. O. Box 2165
Wilmington, DE 19899-2165
Attorneys for Defendant, Nucor Building Systems
(302) 429-1900

Dated: 10/4/05