IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC., AND TRANSCONTINENTAL INSURANCE COMPANY AS SUBROGEE OF BADALAMENT, INC. :<br><br>Plaintiffs, :<br><br>v. :<br><br>DAYSTAR SILLS, INC., ECLIPSE ERECTORS AND NUCOR BUILDING SYSTEMS :<br><br>Defendants. : | C. A. No. 05-035<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that two copies of **DEFENDANT, NUCOR BUILDING SYSTEMS' RESPONSE TO CROSS CLAIM OF CO-DEFENDANT, DAYSTAR SILLS, INC.**, were served via first class mail, postage prepaid this 4th day of October, 2005, upon:

Sean Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Attorney for Plaintiffs

R. Stokes Nolte, Esquire
1010 N. Bancroft Parkway, Suite 21
Wilmington, DE 19805
Attorney for Defendant Eclipse Erectors

Michael I. Silverman, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Attorney for Defendant Daystar Sills, Inc.

BIFFERATO, GENTILOTTI, BIDEN & BALICK, P.A.

_____
GEORGE T. LEES, III (DE BAR #3647)
DAVID A. DENHAM, (DE BAR #4240)
1308 Delaware Avenue
P. O. Box 2165
Wilmington, DE 19899-2165
Attorneys for Defendant, Nucor Building Systems
(302) 429-1900

Dated: _____