UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BADALAMENT, INC., and<br>TRANSCONTINENTAL INSURANCE<br>COMPANY, as Subrogee of<br>BADALMENT, INC., | )<br>)<br>)<br>) | C.A. NO.: 05-035 |
| Plaintiffs, | )<br>) | JURY TRIAL DEMANDED |
| v. | )<br>) | |
| NUCOR BUILDING SYSTEMS,<br>DAYSTAR SILLS, INC. and ECLIPSE<br>ERECTORS, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**DEFENDANT, ECLIPSE ERECTORS', ANSWER TO CROSS CLAIM OF
CO-DEFENDANT, DAYSTAR SILLS, INC.**

1. Denied.

WHEREFORE, Answering defendant, Eclipse Erectors, demands that judgment be entered in its favor and against plaintiffs and co-defendants, together with attorneys fees, costs, and such other relief as this Court deems just.

    /s/ *R. Stokes Nolte*
R. Stokes Nolte, Esquire
De. State Bar I.D. No.: 2301
Nolte & Associates
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700
Attorney for defendant, Eclipse Erectors

Date: October 7, 2005

Case 1:05-cv-00035-GMS    Document 26    Filed 10/07/2005    Page 2 of 2