IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC., AND TRANSCONTINENTAL INSURANCE COMPANY AS SUBROGEE OF BADALAMENT, INC. : : : : : | |
| Plaintiff, : | C. A. No. 05-035 GMS |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| DAYSTAR SILLS, INC., ECLIPSE ERECTORS AND NUCOR BUILDING SYSTEMS : : : | |
| Defendants, : | |
| and : | |
| NUCOR BUILDING SYSTEMS. : | |
| Defendant/Third Party Plaintiff, : | |
| v. : | |
| WESTFIELD INSURANCE GROUP, : | |
| Third Party Defendant. : | |

## NOTICE OF RESPONSE TO MOTION

TO:   Sean Bellew, Esquire                        Michael I. Silverman, Esquire
      Cozen O'Connor                              Silverman, McDonald & Friedman
      Chase Manhattan Centre                      1010 N. Bancroft Parkway, Suite 22
      1201 North Market Street, Suite 1400        Wilmington, DE 19805
      Wilmington, DE 19801                        Attorney for Defendant Daystar Sills
      Attorney for Plaintiffs                     and Third Party Defendant Westfield

      Justin Wineburgh, Esquire                   R. Stokes Nolte, Esquire
      Cozen O'Connor                              1010 N. Bancroft Parkway, Suite 21
      The Atrium, 3rd Floor                       Wilmington, DE 19805
      Philadelphia, PA 19103                      Attorney for Defendant Eclipse
      Attorney for Plaintiffs                     Erectors

PLEASE TAKE NOTICE that the undersigned attorney will present the attached Defendant / Third Party Plaintiff Nucor Building Systems' Response to Third Party Defendant Westfield Insurance Group's Motion to Dismiss at a date and time convenient to the Court.

**BIFFERATO, GENTILOTTI, BIDEN & BALICK**

*/s/ George T. Lees III*

George T. Lees, III (Del. ID #3647)
David A. Denham (Del. ID #4240)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900
Attorney for Defendant / Third Party Plaintiff
Nucor Building Systems