IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC., AND TRANSCONTINENTAL INSURANCE COMPANY AS SUBROGEE OF BADALAMENT, INC. : : : : | |
| Plaintiff, : | C. A. No. 05-035 |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| DAYSTAR SILLS, INC., ECLIPSE ERECTORS AND NUCOR BUILDING SYSTEMS : : : | |
| : | |
| Defendants, : | |
| : | |
| and | |
| : | |
| NUCOR BUILDING SYSTEMS. : | |
| Defendant/Third Party Plaintiff, : | |
| : | |
| v. : | |
| : | |
| WESTFIELD INSURANCE GROUP, : | |
| : | |
| Third Party Defendant. : | |

### ORDER

AND NOW, this _____ day of _____, 2005, the Court having heard and considered, Third Party Defendant Westfield Insurance Group's Motion to Dismiss and Defendant / Third Party Plaintiff Nucor Building Systems' response thereto,

IT IS HEREBY ORDERED that Third Party Defendant Westfield Insurance Group's Motion to Dismiss is DENIED.

_____
The Honorable Gregory M. Sleet