IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC., AND TRANSCONTINENTAL INSURANCE COMPANY AS SUBROGEE OF BADALAMENT, INC. : : : : | |
| Plaintiff, : | C. A. No. 05-035 |
| v. : | |
| DAYSTAR SILLS, INC., ECLIPSE ERECTORS AND NUCOR BUILDING SYSTEMS : : : | JURY TRIAL DEMANDED |
| Defendants, : | |
| and : | |
| NUCOR BUILDING SYSTEMS. : | |
| Defendant/Third Party Plaintiff, : | |
| v. : | |
| WESTFIELD INSURANCE GROUP, : | |
| Third Party Defendant. : | |

**CERTIFICATE OF SERVICE**

I, George T. Lees, III, attorney for Defendant / Third Party Plaintiff Nucor Building Systems, hereby certify that a copy of **DEFENDANT / THIRD PARTY PLAINTIFF NUCOR BUILDING SYSTEMS' RESPONSE TO THIRD PARTY DEFENDANT WESTFIELD INSURANCE GROUP'S MOTION TO DISMISS** was served upon:

| | |
|---|---|
| Sean Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>Attorney for Plaintiffs | Michael I. Silverman, Esquire<br>Silverman, McDonald & Friedman<br>1010 N. Bancroft Parkway, Suite 22<br>Wilmington, DE 19805<br>Attorney for Defendant Daystar Sills<br>and Third Party Defendant Westfield |
| Justin Wineburgh, Esquire<br>Cozen O'Connor<br>The Atrium, 3rd Floor<br>Philadelphia, PA 19103<br>Attorney for Plaintiffs | R. Stokes Nolte, Esquire<br>1010 N. Bancroft Parkway, Suite 21<br>Wilmington, DE 19805<br>Attorney for Defendant Eclipse<br>Erectors |

by LEXIS-NEXIS electronic filing and United States First Class Mail, postage pre-paid on November 2, 2005.

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_/s/ George T. Lees_

George T. Lees, III (Del. ID #3647)
David A. Denham (Del. ID #4240)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900
Attorney for Defendant / Third Party Plaintiff
Nucor Building Systems