IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BADALAMENT, INC., et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-35-GMS |
| DAYSTAR SILLS, INC., et al., | : | |
| Defendants. | : | |
| and | : | |
| NUCOR BUILDING SYSTEMS, | : | |
| Third-Party Plaintiff, | : | |
| v. | : | |
| WESTFIELD INSURANCE GROUP, | : | |
| Third-Party Defendant. | : | |

## ORDER

At Wilmington this **15th** day of **March, 2006**,

IT IS ORDERED that the mediation conference tentatively scheduled for Friday, June 23, 2006 beginning at 9:00 a.m. has been rescheduled to **Thursday, August 17, 2006 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Monday, August 7, 2006.** All other provisions of the Court's November 28, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

                                                     /s/ Mary Pat Thynge  
                                                     UNITED STATES MAGISTRATE JUDGE