IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC. | ) |
|     Plaintiff | ) ) ) |
| v. | )   Civil Action No. 05-35 GMS |
| DAYSTAR SILLS, INC. | ) ) ) |
|     Defendant. | ) |

## ORDER

WHEREAS, on September 1, 2005, third-party defendant Westfield Insurance Group ("Westfield") filed a motion to dismiss a breach of contract claim brought against it by third-party plaintiff Nucor Building Systems ("Nucor"), alleging that Nucor does not have standing because it was not a party to the insurance policy issued by a predecessor of Westfield to defendant Daystar Sills, Inc. ("Daystar");

WHEREAS, in response, Nucor produced a contract between itself and Daystar in which Daystar agreed to indemnify and hold harmless Nucor from claims arising out of their business relationship;

WHEREAS the insurance policy contains a provision explicitly extending its coverage to parties for whom the insured has assumed liability; and

WHEREAS Westfield has not filed a reply, or otherwise contested Nucor's interpretation of those contractual provisions.

IT IS HEREBY ORDERED THAT:

Westfield's motion to dismiss (D.I. 20) be DENIED.

Dated: March 31, 2006

                                                                      UNITED STATES DISTRICT JUDGE

FILED
MAR 3 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE