IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BADALAMENT, INC., et al. | : | |
| Plaintiffs, | : | C.A. No. 05-035(GMS) |
| v. | : | |
| DAYSTAR SILLS, INC., et al. | : | |
| Defendants, | : | |
| and | : | |
| NUCOR BUILDING SYSTEMS | : | |
| Third-Party Plaintiff, | : | |
| v. | : | |
| WESTFIELD INSURANCE GROUP | : | |
| Third-Party Defendant. | : | |

## ORDER

It is, this ___ day of May, 2006, upon the parties' Agreed-to Motion to Extend Deadlines, hereby ordered and decreed that all deadlines set forth in the original Scheduling Order shall be extended as follows:

| | |
|---|---|
| Completion of Discovery | November 17, 2006 |
| Case Dispositive Motions | December 12, 2006 |
| Pretrial Conference | July 8, 2007 |
| Trial | July 27, 2007 |

BY THE COURT:

_____
J.

5