IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BADALAMENT, INC., et al. | : | |
| Plaintiffs, | : | C.A. No. 05-035(GMS) |
| v. | : | |
| DAYSTAR SILLS, INC., et al. | : | |
| Defendants, | : | |
| and | : | |
| NUCOR BUILDING SYSTEMS | : | |
| Third-Party Plaintiff, | : | |
| v. | : | |
| WESTFIELD INSURANCE GROUP | : | |
| Third-Party Defendant. | : | |

## STIPULATION TO EXTEND DEADLINES

Plaintiffs, Badalament, Inc. and Transcontinental Insurance Company, as Subrogee of Badalament, Inc., and Defendants, Daystar Sills, Inc., Eclipse Erectors and Nucor Building Systems, by and through their undersigned counsel, and subject to approval by the Court, hereby stipulate to extend all deadlines in this matter. In support of this Motion, the parties respectfully submit the following:

1.      This is a property damage action that arises out of a partial building collapse which occurred on February 23, 2003 at the property occupied by Plaintiff, Badalament, Inc. (hereinafter "Badalament") located at 6 Dockview Drive, No. 100, Building 2A, New Castle, Delaware 19720.

2.    On November 3, 2005, the Court issued an Order setting forth the following deadlines for discovery and trial ( A true and correct copy of the Scheduling Order is attached hereto as Exhibit "A"):

| | |
|---|---|
| Completion of Discovery | April 28, 2006 |
| Case Dispositive Motions | May 12, 2006 |
| Pretrial Conference | November 8, 2006 |
| Trial | November 27, 2006 |

3.    On November 8, 2005, the Court issued an Order scheduling a mediation before Magistrate Judge Thynge for June 23, 2006.  (A true and correct copy of the Mediation Scheduling Order is attached hereto as Exhibit "B.")

4.    In an effort to limit the substantial costs associated with completing discovery, the parties have analyzed this case and determined that a full and complete understanding of Plaintiffs' damages will significantly improve the prospects of an amicable resolution of this matter at mediation.

5.    To facilitate this process, Plaintiffs produced voluminous documentation in support of the damages sustained as a result of this loss, and the parties have conducted the deposition of Plaintiffs' independent adjuster.  At the present, an additional deposition of Plaintiffs' accounting expert has been confirmed for June 28, 2006, and the parties believe that this additional deposition will provide sufficient information to make a resolution of this matter at mediation likely.

6.    On March 15, 2006, the Court issued another Order re-scheduling the mediation conference to August 17, 2006.  (A true and correct copy of the March 15, 2006 Mediation Scheduling Order is attached hereto as Exhibit "C.")

7.    The parties are stipulating to extend the deadlines in an effort to conserve the parties' and the Court's resources.  The parties believe in good faith that an amicable resolution of this matter may occur at mediation, and have limited discovery in this matter to the issue of damages so as to conserve time and expense.

8.  The parties agree that, in the unlikely event that an amicable resolution is not achieved following mediation, additional time to complete extensive discovery regarding liability, including the preparation of expert witness reports and conducting associated depositions, will be required for the parties to fully prepare for the trial of this matter.

9.  All counsel have stipulated to this extension, and a copy of the Stipulation is attached hereto as Exhibit "D."

10. Based on the foregoing, the parties respectfully request this Honorable Court enter the attached Order extending all of the deadlines in this matter.

Respectfully submitted,

COZEN O'CONNOR

BY: _____/S/_____
SEAN J. BELLEW, ESQUIRE (DE No. 4072)
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
(302) 295-2026 (direct)
(302) 295-2013 (fax)


JUSTIN B. WINEBURGH, ESQUIRE (PHV)
1900 Market Street
The Atrium, 3rd Floor
Philadelphia, PA 19103
(215) 665-2734
(215) 665-2013 (fax)

Attorneys for Plaintiffs

Dated: _____May 18, 2005_____