# NOLTE & ASSOCIATES
## ATTORNEYS AT LAW

1010 N BANCROFT PARKWAY
SUITE 21
WILMINGTON, DE 19805

TELEPHONE       (302) 777-1700
TELEFACSIMILE   (302) 777-1705
EMAIL: RNOLTE@NB-DE.COM

May 31, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory Sleet
United States District Court
844 N. King Street
Rm. 4209, Lockbox 19
Wilmington, DE 19801

    **Re: Badalament v. NuCor, et al**
    **C.A. NO.: 05-035**

Dear Judge Sleet:

    I wanted to bring to the Court's attention a scheduling conflict that has arisen in my office regarding the above caption trial date. The Court, at the scheduling conference in this matter, scheduled trial to commence on November 27, 2006. I advised the Court that I was available on that date despite the fact that I had another trial listed on that date because at that time, it was not anticipated that I would be actively involved in the trial of the other matter. I was merely protecting the workers compensation lien on behalf of the insurance carrier/employer. However, since that time, there have been significant developments in the case which has resulted of the filing of counterclaims by defendants against the company I represent. Judge DelPesco of the Superior Court recently allowed defendants to amend their Answers to assert counterclaims directly against Danella Line Services, Inc. Therefore, I will now be actively present at trial.

    I write to request the Court's indulgence in this matter as the *Morgan v. Conective, et al*, C.A. No : 03-C-12-268 (SCD), case is scheduled to he tried on the same date that the *Badalament* case is set. It appears that the *Morgan* case is older than the filing of the *Badalament* case. The *Morgan* case also involves multiple parties, but, more importantly, has been continued on prior occasions and Judge DelPesco has advised all parties that the trial date now set will not be moved.

                                         Respectfully submitted,

                                         R. STOKES NOLTE

RSN/jfd

cc:    The Honorable Susan C. DelPesco
       Justin Wineburgh, Esquire
       Kevin Smith, Esquire
       Michael Silverman, Esquire
       Sean Bellew, Esquire
       George T. Lees, Esquire