IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC., AND TRANSCONTINENTAL INSURANCE COMPANY AS SUBROGEE OF BADALAMENT, INC. | : : : : |
| Plaintiffs, | : C. A. No. 05-035 : : |
| v. | : : JURY TRIAL DEMANDED |
| DAYSTAR SILLS, INC., ECLIPSE ERECTORS AND NUCOR BUILDING SYSTEMS | : : : : |
| Defendants, | : : |
| and | : : |
| NUCOR BUILDING SYSTEMS, | : : |
| Defendant/Third Party Plaintiff, | : : |
| v. | : : |
| WESTFIELD INSURANCE GROUP, | : : |
| Third Party Defendant. | : |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of George T. Lees, III, Esquire as counsel on behalf of defendant/third party plaintiff, Nucor Building Systems, in the above action; and

PLEASE ENTER the appearance of Vincent A. Bifferato, Jr., Esquire and David A. Denham, Esquire, of Bifferato, Gentilotti, Biden and Balick on behalf of defendant/third party plaintiff, Nucor Building Systems, in the above action.

                                                                                                              BIFFERATO, GENTILOTTI, BIDEN & BALICK

| /s/ George T. Lees, III | /s/ Vincent A. Bifferato, Jr. |
|---|---|
| George T. Lees, III, Esquire (#3647) | Vincent A. Bifferato, Jr., Esquire (#2465) |
| 1308 Delaware Avenue | David A. Denham, Esquire (#4240) |
| P.O. Box 2165 | 1308 Delaware Avenue |
| Wilmington, DE 19899 | P.O. Box 2165 |
| (302)429-1900 | Wilmington, DE 19899 |
| Date: | (302)429-1900 |
| | Date: 6/9/06 |