AFFIDAVIT OF MAILING

STATE OF DELAWARE     :
                      :SS.
COUNTY OF NEW CASTLE:

BE IT REMEMBERED that on this ___9th___ day of ___June___, 2006, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Dawn Marino, a legal assistant for the law firm of Bifferato, Gentilotti, Biden & Balick and being duly sworn according to law deposes and says that she forwarded two copies of the attached Substitution of Counsel to:

| | |
|---|---|
| Sean Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>Attorney for Plaintiffs | Michael I. Silverman, Esquire<br>Silverman, McDonald & Friedman<br>1010 N. Bancroft Parkway, Suite 22<br>Wilmington, DE 19805<br>Attorney for Defendant Daystar Sills<br>and Third Party Defendant Westfield |
| Justin Wineburgh, Esquire<br>Cozen O'Connor<br>The Atrium, 3rd Floor<br>Philadelphia, PA 19103<br>Attorney for Plaintiffs | R. Stokes Nolte, Esquire<br>1010 N. Bancroft Parkway, Suite 21<br>Wilmington, DE 19805<br>Attorney for Defendant Eclipse<br>Erectors |

via first-class mail, postage prepaid.

_____
Dawn Marino

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
NOTARY PUBLIC

WENDY A. [ILLEGIBLE]
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 22, 2007