IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BADALAMENT, INC., AND TRANSCONTINENTAL INSURANCE COMPANY AS SUBROGEE OF BADALAMENT, INC : : : : : | |
| Plaintiffs, : | C. A. No. 05-035 |
| : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| DAYSTAR SILLS, INC., ECLIPSE ERECTORS AND NUCOR BUILDING SYSTEMS : : : | |
| Defendants, : | |
| and | |
| NUCOR BUILDING SYSTEMS, : | |
| Defendant/Third Party Plaintiff, : | |
| v. : | |
| WESTFIELD INSURANCE GROUP, : | |
| Third Party Defendant. : | |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Bifferato, Gentilotti, Biden & Balick through James E. Drnec, Esquire, hereby enters his appearance as counsel of record on behalf of defendant, Nucor Building Systems, in the above action.

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
James E. Drnec (DE Bar #3789)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900

Dated: 6.15.06