AFFIDAVIT OF MAILING

STATE OF DELAWARE   :
                    :SS
COUNTY OF NEW CASTLE:

BE IT REMEMBERED that on this __16th__ day of __June__, 2006, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Dawn Marino, a legal assistant for the law firm of Bifferato, Gentilotti, Biden & Balick and being duly sworn according to law deposes and says that she forwarded two copies of the attached Entry of Appearance to:

Sean Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Attorney for Plaintiffs

Michael I. Silverman, Esquire
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Attorney for Defendant Daystar Sills
and Third Party Defendant Westfield

Justin Wineburgh, Esquire
Cozen O'Connor
The Atrium, 3rd Floor
Philadelphia, PA 19103
Attorney for Plaintiffs

R. Stokes Nolte, Esquire
1010 N. Bancroft Parkway, Suite 21
Wilmington, DE 19805
Attorney for Defendant Eclipse Erectors

via first-class mail, postage prepaid.

_____
Dawn Marino

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
NOTARY PUBLIC

WENDY A. DEMOSS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 22, 2007