

## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**Justin B. Wineburgh**
Direct Phone   215-665-2733
Direct Fax      215-665-2013
jwineburgh@cozen.com

June 19, 2006

**Via Electronic Filing**
Honorable Mary Pat Thynge
USDC for the District of Delaware
844 North King Street
Room 4209, Lockbox 18
Wilmington, DE  19801

      Re:    Badalament, Inc., et al. v. Daystar Sills, Inc., et al.
             USDC for the District of Delaware, CA No. 05-035
             Our File No:  147982

Dear Judge Thyne:

      As your docket will reflect, this office represents Plaintiffs, Badalament, Inc., et al., in the above-captioned matter, currently scheduled for a Mediation Conference before Your Honor on August 17, 2006 at 10:00 a.m.

      The purpose of this correspondence is to request, in accordance with paragraph 2 of the Court's Order of November 28, 2005, permission for my clients' representative to participate in the Mediation Conference by telephone. My clients' authorized representative is located in Georgia and, accordingly, any accommodation that the Court is able to offer would be appreciated.

      Should the Court have any questions or require anything further, please do not hesitate to contact me.

June 19, 2006
Page 2

Thank you for your consideration.

Very truly yours,

COZEN O'CONNOR

BY:   Justin B. Wineburgh

JBW/lar
cc:   Michael I. Silverman, Esquire
      R. Stokes Nolte, Esquire
      Vincent A. Bifferato, Jr., Esquire
      Sean J. Bellew, Esquire

June 19, 2006
Page 3

---

*bcc:*   *Dina Rogers (via e-mail) - Claim No: 7A817699 PW*