IN THE UNITED STATES DISTRICT COURT
FOR STATE OF DELAWARE

| | | |
|---|---|---|
| BADALMENT, INC. AND<br>TRANSCONTINENTAL INSURANCE<br>COMPANY AS SUBROGEE OF<br>BADALMENT, INC. | : | |
| Plaintiffs, | : | C.A. No. 05-035 |
| v. | : | |
| DAYSTAR SILLS, INC.<br>ECLIPSE ERECTORS and<br>and NUCOR BUILDING SYSTEMS | : | JURY TRIAL DEMANDED |
| Defendants, | : | |
| And | : | |
| NUCOR BUILDING SYSTEMS, | : | |
| Defendant/Third Party Plaintiff, | : | |
| v. | : | |
| WESTFIELD INSURANCE GROUP, | : | |
| Third Party Defendant, | : | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Vincent A. Bifferato, Jr., Esquire, James E. Drnec and David A. Denham, Esquire, of Bifferato, Gentilotti, Biden and Balick on behalf of defendant/third party plaintiff, Nucor Building Systems, in the above action.

PLEASE ENTER the appearance of George T. Lees, III, Esquire as counsel on behalf of defendant/third party plaintiff, Nucor Building Systems, in the above action.

**[SIGNATURES ON NEXT PAGE]**

1324171.1

| | |
|---|---|
| **RAWLE & HENDERSON LLP** | **BIFFERATO, GENTILOTTI, BIDEN & BALICK** |
| /s/ George T. Lees, III | /s/ Vincent A. Bifferato, Jr. |
| George T. Lees, III, Esquire (#3647) | Vincent A. Bifferato, Jr., Esquire (#2465) |
| 300 Delaware Ave., Ste. 1015 | James E. Drnec, Esquire (#3789) |
| P.O. Box 588 | David A. Denham, Esquire (#4240) |
| Wilmington, DE 19899 | 1308 Delaware Avenue |
| (302) 778-1200 | P. O. Box 2165 |
| Date: | Wilmington, DE 19899 |
| | (302) 429-1900 |
| | Date: |

1324171.1