IN THE UNITED STATES DISTRICT COURT
FOR STATE OF DELAWARE

| | | |
|---|---|---|
| BADALMENT, INC. AND<br>TRANSCONTINENTAL INSURANCE<br>COMPANY AS SUBROGEE OF<br>BADALMENT, INC. | : | |
| Plaintiffs, | : | C.A. No. 05-035 |
| v. | : | |
| DAYSTAR SILLS, INC.<br>ECLIPSE ERECTORS and<br>and NUCOR BUILDING SYSTEMS | : | JURY TRIAL DEMANDED |
| Defendants, | : | |
| And | : | |
| NUCOR BUILDING SYSTEMS, | : | |
| Defendant/Third Party Plaintiff, | : | |
| v. | : | |
| WESTFIELD INSURANCE GROUP, | : | |
| Third Party Defendant, | : | |

## CERTIFICATE OF SERVICE

I, George T. Lees, III, Esq. do hereby certify that on July 6, 2006, I have caused to be filed and sent via electronic filing the **SUBSTITUTION OF COUNSEL** to the following individual(s):

Sean J. Bellew  
Cozen O'Connor  
Chase Manhattan Centre  
1201 North Market St., Suite 1400  
Wilmington, DE 19801

Michael I. Silverman  
Silverman & McDonald  
1010 North Bancroft Parkway  
Suite 22  
Wilmington, DE 19805

1324171.1

R. Stokes Nolte
Nolte & Associates
1010 North Bancroft Parkway
Suite 21
Wilmington, DE 19805


**RAWLE & HENDERSON LLP**

/s/ George T. Lees, III_____
George T. Lees, III, Esquire  (#3647)
300 Delaware Ave., Ste. 1015
P.O. Box 588
Wilmington, DE  19899
(302) 778-1200
Date:

**BIFFERATO, GENTILOTTI, BIDEN & BALICK**

/s/ Vincent A. Bifferato, Jr._____
Vincent A. Bifferato, Jr., Esquire (#2465)
James E. Drnec, Esquire (#3789)
David A. Denham, Esquire (#4240)
1308 Delaware Avenue
P. O. Box 2165
Wilmington, DE 19899
(302) 429-1900
Date:

1324171.1