IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BADALAMENT, INC., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 05-035 (GMS) |
| | : | |
| DAYSTAR SILLS, INC., *et al.*, | : | |
| | : | |
| Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| NUCOR BUILDING SYSTEMS, | : | |
| | : | |
| Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WESTFIELD INSURANCE GROUP, | : | |
| | : | |
| Third-Party Defendant. | : | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties, and subject to the Court's approval that the above-captioned matter is **DISMISSED** with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party will bear its own costs.


/s/ Sean J. Bellew
Sean J. Bellew (#4072)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
*Attorneys for Plaintiffs*

/s/ Michael L. Silverman
Michael L. Silverman (#3034)
Robert C. McDonald (#2340)
Silverman McDonald & Friedman
1010 North Bancroft Parkway, Suite 22
Wilmington, DE  19805
Telephone:  (302) 888-2900
*Attorney for Defendant, Daystar Sills and Third-Party Defendant Westfield Insurance Group*

| | |
|---|---|
| */s/ R. Stokes Nolte* | */s/ George T. Lees* |
| R. Stokes Nolte (#2301) | George T. Lees, III (#3647) |
| Nolte & Brodoway, P.A. | Rawle & Henderson |
| Three Mill Road, Suite 304 | 300 Delaware Avenue, Suite 1130 |
| Wilmington, DE 19806 | P.O. Box 588 |
| Telephone:  (302) 777-1700 | Wilmington, DE 19899 |
| *Attorney for Defendant, Eclipse Erectors* | Telephone:  (302) 778-1200 |
| | *Attorney for Defendant and Third-Party Plaintiff, NUCOR Building Systems* |

　　　　IT IS SO ORDERED this _____ day of _____, 2006 that the matter is DISMISSED with prejudice.


_____
The Honorable Gregory M. Sleet

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on October 24, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Michael L. Silverman, Esquire
Robert C. McDonald, Esquire
Silverman McDonald & Friedman
1010 North Bancroft Parkway, Suite 22
Wilmington, DE  19805

George T. Lees, III, Esquire
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
Wilmington, DE 19899

R. Stokes Nolte, Esquire
Nolte & Brodoway, P.A.
Three Mill Road, Suite 304
Wilmington, DE 19806

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Email:  sbellew@cozen.com